# RECORD OF PROCEEDINGS
DELAWARE COUNTY BOARD OF ELECTIONS

The Delaware County Board of Elections held a Regular Board Meeting on February 4, 2020, at the Delaware County Board of Elections. Present in the meeting were: Chairman Helvey, Members Cuckler, Stevens, Vice Chair Watkins, Directors Herron, Saadey and Manager Evener. Also present in the meeting were Emergency Preparedness Coordinator, General Kindred, Assistant Prosecutor Mark Fowler, Todd Mullen from RBM, IT Director Steve Lewis, Shane Herbert and Chief Deputy Auditor Seiji Kille. The Chairman called the meeting to order at 9:02 a.m.

## Security Directive update

Director Herron informed the Board that IT Director Steve Lewis and Shane Herbert were present at today's meeting to discuss the Security Directive. Director Herron asked if the Security Directive item on the agenda could be moved to be the first item discussed to respect their time. Director Herron went on to say that Director Lewis's team was responsible for the majority of the work mandated by the Security Directive.

Director Herron mentioned that the Board had asked about the possibility of the Board office hiring an IT person to handle our daily IT needs and at the same time lightening the load of the County IT Department. In her discussion with Director Lewis he had explained why this was not an option. Director Herron felt it beneficial to have Shane Herbert and Mr. Lewis attend the meeting as well as Chief Deputy Auditor Seiji Kille to represent the Auditor's office.

Member Stevens explained the Board realized what a burden this directive had placed on the County's IT Department, with both time and funds. He said the Board was hoping once the directive had been fulfilled, we could hire our own IT person to handle the daily items and then work hand in hand with Director Lewis's department on more difficult tasks moving forward.

Director Lewis explained that the request although appreciated was much more difficult than one would think. He went on to say from the very beginning Delaware County's security was far more complex and much more secure than the requirements they were being asked or demanded from the Ohio Secretary of State to implement. He went on to say that for us to hire an IT person that could run the Board of Elections daily needs may be possible, however they would also need to know the County's IT infrastructure, because any changes made at the Board of Elections could affect the whole county's operations, and for the county or the IT department to hire another person of Shane Herbert's caliber would be next to impossible and possibly overkill.

Chairman Helvey stated that the problem was that the Secretary of State Office had gone overboard on their demands.

Member Cuckler said by the Secretary of State's office trying to use a one size fits all approach for all the Counties across the State, they put Counties with a high quality security system already at risk. He explained that we have put all this time into following the security directive and are cyber secure however by doing so we have put the whole county's infrastructure at risk and have a chance of an overall system failure. Member Stevens agreed the Secretary of State's office wasn't looking at the big picture when making the directive.

Director Lewis explained the Secretary of State's Office had given $50,000 to the county however the firewalls alone had cost $54,000. He went onto say he feels like he keeps bringing up that fact that our system started out far superior than anything the SOS was proposing, and wanted to relay it wasn't just his opinion, in fact there are companies across the country that have recognized the quality of our system.

Mr. Lewis went on to say he wasn't sure what the future held but if the Secretary of State's Office kept up with the same demands and pressure, they may be forced to suggest the Board of Elections go in another direction. Stating this directive has put their department six months behind on their other commitments, one of which is the county's Sanitation Department. And if sewers started filling and backing up across the county, it would be hard for county residents to understand why this serious matter had been put on the back burner, and that is only one example of what is getting ignored.

# RECORD OF PROCEEDINGS
## DELAWARE COUNTY BOARD OF ELECTIONS

Member Stevens explained that the Board of Elections has no option but to comply with directives given and in turn the Commissioners must supply the finances needed for us to comply. Mr. Stevens asked if an open wallet would help even if we had to dedicate one person to the BOE.

Director Lewis suggested at this point a new person couldn't be brought up to speed, and at this point we are unsure of what the future is going to hold. Suggesting that after the Secretary of State gives more direction for the future a decision could be made.

Director Saadey explained that a small change was needed in our Triad system and it resulted in a call to Calvin Lawson from the Counties IT Department, because Triad can no longer log-in to help us. Director Herron went on to explain that the Directors had a meeting with the tabulation team and they had included Mr. Lawson just to make sure we were able to do what we need to do without messing something larger up.

Shane Herbert explained that due to the firewall there would be things we couldn't change ourselves and would continue to need IT to handle.

Director Lewis indicated the easy thing to do would be to put the Board of Elections on their own server with their own firewall. Director Herron indicated that with our long standing relationship and their understanding of what we have gone through to this point, she didn't want to see that happen. Director Lewis said they realize that we are as frustrated as much as they are, however the steps the SOS are making us follow are a reality and we both have to deal with where we are and what the reality of the situation is going forward.

General Kindred, Emergency Preparedness Coordinator, explained he had a feeling that the focus was going to be through this Presidential Election year and then things would lighten up. Director Herron commented that the security levels we have had to put in place will not go away, even if the pressure from the SOS does.

Member Stevens said he hoped that although frustrating, some of the measures that had been forced upon us had helped the whole county in the long run. Director Lewis agreed there were changes and additions that would help the county as a whole.

Member Cuckler thanked Director Lewis for all the help and time the County IT Department had given. He asked if a survey of the time and the cost associated that had been placed upon the County IT Department could be compiled, then our Board Members could present it to the Secretary of State, showing what the directive had cost the county.

Director Lewis explained though he agreed a list would be helpful, the time to put such a list together would be time they just didn't have, Member Cuckler explained while we are trying to be good stewards of the taxpayers' dollars we still have to do what we have been directed to do, and real facts would help us try to get help for our IT department. Chairman Helvey added that the cost of the other county projects that have been delayed should also be added. Member Stevens added the answer may be to have one of the IT staff that was familiar with our infrastructure put on our payroll so we had access to an IT specialist whenever we needed one.

Member Watkins asked if this security was less of a problem for the smaller counties seeing they didn't have anything in place previously so any addition was a plus. Director Lewis agreed it would have been easier on the smaller counties.

Member Cuckler thanked Director Lewis and Shane Herbert again, assuring them the Board would do whatever they could to get them what they need. General Kindred offered his help putting together the list of time and money that it had taken the IT Department. Director replied they would appreciate the help.

## Olentangy School Bond and Levies – Ballot Language

Assistant Prosecutor Mark Fowler informed the Board that the Superintendent of Olentangy Schools had requested a change in the ballot language they had filed. Mr. Fowler explained to the Board that the ballot language had to be the same as the resolution that was filed, which the

# RECORD OF PROCEEDINGS
DELAWARE COUNTY BOARD OF ELECTIONS

first ballot language that was filed did. Chairman Helvey replied they could not legally allow the change. The Chairman then asked to have the minutes reflect that the Board had reviewed the letter of request, and that no action was taken.

## Approve Ballots

Member Watkins made a motion to approve the ballots for the March 17, 2020 Presidential Primary as presented. Member Stevens seconded the motion and the motion passed unanimously.

## Approve Voting Equipment Allocation

Director Herron informed the Board they would be allocating the required 1 to 175 ratio which would leave several in reserve if needed.

Member Watkins made a motion to approve the Voting Equipment allocation for the March 17, 2020 Presidential Primary as presented. Member Cuckler seconded the motion and the motion passed unanimously.

## Hire New Employees

Member Watkins made a motion to hire two new Democratic workers, to serve as full time staff, Indushree Rajan and Robert Katula. Adding they would start at a rate of $16.00. Member Stevens seconded the motion and the motion passed unanimously.

## Board will go into executive session per ORC 121.22 (G) (1) – (7)

At 10:01am Member Cuckler made a motion to enter into executive session. The motion was seconded by Member Stevens and unanimously passed.

The Chairman called roll: Member Watkins, "Aye"; Member Cuckler "Aye"; Member Stevens, "Aye"; Member Helvey, "Aye".

At 10:39am the Board came out of executive session. Due to work conflicts Member Stevens had to leave the meeting.

## Continuation of Regular Portion of the Meeting

### Approve Bills 01/18/2020-01/30/2020

Chairman Helvey asked for a motion to approve the bills as presented. Member Cuckler made the motion to approve the Bills as presented. The motion was seconded by Member Watkins and it passed with a vote of the three members present.

### Budget Update

Director Herron informed the Board that the only items in the Budget to Actual were materials and supplies and reimbursements from conference. Member Watkins made a motion to approve the Budget update as presented. Member Cuckler seconded the motion and it passed with a vote of the three members present.

### Election Day Ballot Printing

Director Herron informed the Board that she had obtained a quote for ballot printing from Franklin County as previously asked by the Board. She explained Franklin County would shrink wrap the 15,000 ballot in groups of 25 ballots for $1,564. She added that at the last Election we were charged $5,348 by Midwest printing for the same amount of ballots.

# RECORD OF PROCEEDINGS
## DELAWARE COUNTY BOARD OF ELECTIONS

Mr. Mullen addressed the Board saying they could not compete with that price, and that it was hard for him to believe that Franklin County would take the responsibility to print and be responsible for the outcome for that price.

Director Herron explained to the Board that Union County had used Franklin County during the last election and were very pleased with the printing and recommended them to her.

Member Cuckler made a motion to approve Franklin County to print our Election Day Ballots at a cost of $1564.00. Member Watkins seconded the motion, and it passed with a vote of the three members present.

### Sam Kindred update

General Kindred indicated he did not have a lot of new information since the last meeting. He did explain that Mahoning County had called and asked if they could use the training certificate they had from his training to meet the security training required through the Secretary of State's Office. He relayed the Secretary of State's Office had given them the waiver stating that his training was more comprehensive than the required one.

Mr. Kindred also informed the Board that the problems with the Iowa caucus app. was because they had failed to do any major testing.

He went on to say that Brian Williams, had reported that Kansas City was broadcasting three stations from Russia. He added the FCC had warned them about spreading false information.

Director Herron asked General Kindred if he was aware of what the Secretary of State was referring to when he mentioned the voter registration records in Ohio were a mess. General Kindred explained he felt he was referring to duplicates across the State and voters that had been purged. Director Herron replied counties would have been able to keep up with the duplicates if it wasn't for the security directive and the mandatory security test.

### Todd Mullen (RBM) to update board

Mr. Mullen indicated he just wanted to touch base with the Board on a few items. First, he wanted to inform the Board about days RBM would be working in our office. He explained the few machines (20-25) that had trouble going to sleep during the November election was due to a calibration issue. He continued saying they would be here calibrating all the machines.

Director Herron asked if this would be part of the preventative maintenance or under warranty. Mr. Mullen explained that this summer they would be doing a complete preventative maintenance, however this issue would be under warranty. Director Saadey asked if the rovers could be taught to do this calibration on Election Day if they saw a repeat of the problem, Mr. Mullen indicated that Unison didn't want them to be doing any of that, however he felt they could be taught to handle those type of problems.

Director Herron explained that when we go to run a report and pull the Republican or Democratic ballot the report doesn't know they are a different ballot. Mr. Mullen said he didn't have an answer right then but a query should be able to do that task.

Mr. Mullen added he wanted the Board to know that Mike Doyle had been in the office and preparing the ballot, and he had reported that Jeremy Austin as well as the whole tabulation crew was doing an outstanding job. Saying they were catching on and understanding the overall process.

# RECORD OF PROCEEDINGS
## DELAWARE COUNTY BOARD OF ELECTIONS

Director Herron explained the ballot looked so much better with the 2.1 upgrade version. She went on to say there were a few quirky issues, however overall it was so much better. Director Herron asked Mr. Mullen if he knew who would be here as Election Day support. Mr. Mullen said Mike Doyle would be here and if we felt we needed him he could be available also. Director Herron said we could wait and see how the mock elections ran then we would have a better idea if we would be okay.

**Office/Election update**

Director Herron informed the Board she had spoken with County Administrator Mike Frommer and he indicated the Big Lots building was moving along, and we could have occupancy for the November Election.

Director Herron also explained there had been some issues with the poll pad uploads, and Manager Helwig was working closely with KNOWiNK to correct the problem.

Manager Evener explained that 37 UOCAVA ballots had been mailed and we had around 700 non UOCAVA requests that would be mailed February 19th. She also informed the Board that those reports could be viewed on the Board of Elections website.

Chair Helvey asked if there were any additional updates for the Board, seeing none, Chairman Helvey adjourned the meeting at 10:52am.

Respectfully submitted,

Bronwen Evener

Respectfully approved,

Karla R. Herron, Director

Anthony P. Saadey, Deputy Director

Edward D. Helvey, Chair

Peg L. Watkins, Vice Chair

Steven Cuckler, Member

Shawn Stevens, Member