

| Name: Robert Katula | Date: 2/28/23 |
|---|---|
| Job Title: Election Specialist | Evaluation Type: **Annual** |

## Delaware County Board of Elections

This evaluation tool will consist of several performance areas to be assessed, areas including work related skills, core values, problem solving, and the ability to work in a team environment. This evaluation tool will give you the ability to assess your job performance over the most recent annual period; you are expected to give a thoughtful and candid self-evaluation. The evaluation will give you the opportunity to give written feedback as well as rate your performance using the rating system listed below.

Upon completion of the form, your supervisor(s) will rate each area and give a detailed assessment on furthering your professional development. In the near future your supervisor(s) will meet with you in person to review the rated assessment of your performance. You will then be asked to sign this form acknowledging that we have reviewed your self-assessment.

After your in-person review, your supervisor(s) will complete, with comments, a final evaluation to be signed and dated by all parties.

## Please answer the following questions using the rating system below.

### DEFINITION OF RATINGS

**EXCEPTIONAL (5):** Consistently exceeds all relevant performance standards. Provides leadership, fosters teamwork, is highly productive, innovative, is responsive and generates top quality work.

**EXCEEDS EXPECTATIONS (4):** Consistently meets and often exceeds all relevant performance standards. Shows initiative and versatility, works collaboratively, has strong technical & interpersonal skills or has achieved significant improvement in these areas.

**MEETS EXPECTATIONS (3):** Meets all relevant performance standards. Seldom exceeds or falls short of desired results or objectives. Lacks appropriate level of skills or is inexperienced/still learning the scope of the job.

**BELOW EXPECTATIONS (2):** Sometimes meets the performance standards. Seldom exceeds and often falls short of desired results. Performance has declined significantly, or employee has not sustained adequate improvement, as required since the last performance review or performance improvement plan.

**NEEDS IMPROVEMENT (1):** Consistently falls short of performance standards.

## WORK RELATED QUESTIONS

1. **Commitment To Quality** - Completes work with accuracy according to policy. Thoroughly follows directions. Keeps complete records when applicable. Has an attention to detail. Has a strong sense of quality and is committed to achieve it.

| Employee Rating | 5 |
|---|---|
| Comments: | Did everything assigned really well. Poll workers filled, assigned to their locations properly |

2. **Desire For Continued Growth** - Continually looks for ways to improve and promote quality. Participates in conferences, in-service and on-line web trainings, etc. Uses constructive feedback in a positive manner to improve job performance.

| Employee Rating | 3 |
|---|---|
| Comments: | Participates in online trainings. Is interested in the process. Does not follow ethical direction he is give, ie: attendance, phone usage, sleeping. |

3. **Job Knowledge** - Possesses the skills and knowledge to perform the job competently.

| Employee Rating | 2 |
|---|---|
| Comments: | Recruiting is a 5, however, still has so much to learn when it comes to the election process. |

4. **Initiative** - Strives to learn and improve. Seeks out ways to better themselves and the BOE. Takes on responsibilities. Does not remain idle during the non-election period. Self-motivated.

| Employee Rating | 2 |
|---|---|
| Comments: | Although he will be happy to help when asked to do most things, he has no problem being on his phone, Internet or resting his eyes. |

## TEAMWORK RELATED QUESTIONS

5. **Teamwork** - Works on projects as part of a team, exchanging ideas and contributing skills that complement other team members. Fulfills commitments to team members.

| Employee Rating | 3 |
|---|---|
| Comments: | Generally in a good mood and happy to help with others. Has a difficult time accepting help from seasonal employees. |

6. **Conflict Resolution** - Expresses alternative points of view in a non-threatening way. Knows when it is appropriate to compromise and when it is important to take a stand.

| Employee Rating | 5 |
|---|---|
| Comments: | Avoids conflict. Knows when its appropriate to compromise. Can articulate his concerns later when the time is more appropriate. |

## ATTITUDE RELATED QUESTIONS

7. **Interpersonal Skills** - Is sensitive to the needs, feelings and capabilities of others. Approaches others in a non-threatening and professional manner and treats them with respect. How well do you think you can put yourself in someone else's position and see a problem from their perspective?

| Employee Rating | 2 |
|---|---|
| Comments: | Will stand up loudly and make announcements not relating to anything work related, with complete disregard to others around him. |

8. **Positive Attitude** - Are you part of the solution or part of the problem. How would you rate your projection of yourself to others? On the same scale, how do you think your colleagues would rank you?

| Employee Rating | 5 |
|---|---|
| Comments: | Extremely positive. |

9. **Communication** - Organizes and expresses ideas and information clearly, using appropriate and efficient methods of conveying information. Is able to successfully gather information using various communications media.

| Employee Rating | 5 |
|---|---|
| Comments: | Keeps directors and management in the loop on all his doings. Writes thoughtful emails conveying his concerns and compliments. |

## OFFICE CULTURE REALTED QUESTIONS

10. **Ethics** - Maintains high level of character and a professional attitude. Is able to promote the BOE's standards of conduct.

| Employee Rating | 1* |
|---|---|
| **Comments:** Clueless when it comes to his surroundings and how his actions are perceived. Attendance, cell phone usage. *Very honest. Has integrity* | |

11. **Forward Thinking and Proactive** – Do you anticipate problems before they occur, both in the overall election process, and in the day to day operation of the office. Would you let the office fail?

| Employee Rating | 4 |
|---|---|
| **Comments:** Plans ahead when it comes to his poll workers. | |

## Employee Feedback Section

Please complete this section to share any feedback regarding your overall performance, changes you would recommend implementing to make this an even better place to work, and other areas of the office you would like to potentially work, cross-train, or have an interest in.

**Comments:**

How can the management team help you to achive your goals?

**Comments:**

| Printed Name | Title/Position | Signature | Date |
|---|---|---|---|
| Rob Katula | Coordinator | *Robert Katula* | 3/2/23 |
| Karla R. Herron | Director | | |
| Anthony Saadey | Deputy Director | | |