UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT KATULA,**

    **Plaintiff,**

  v.

**DELAWARE COUNTY BOARD
OF ELECTIONS,** *et al.*,

    **Defendants.**

**Civil Action No. 2:23-cv-02199
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on Defendants Delaware County Board of Elections and Peg Watkins's (together, "Defendants") Motion for Judgment on the Pleadings. (ECF No. 7.) After Defendants filed their Motion for Judgment on the Pleadings, Plaintiff filed an Amended Complaint (ECF No. 9). Defendants then filed an Answer to the Amended Complaint (ECF No. 12) and a Motion for Judgment on the Pleadings regarding Plaintiff's Amended Complaint (ECF No. 13). Accordingly, Defendants' first Motion for Judgment on the Pleadings (ECF No. 7) is **DENIED as moot**.

This case remains open.

    **IT IS SO ORDERED.**


**11/21/2023**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**