**1**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF OHIO

 3                  EASTERN DIVISION

 4                      - - -

 5   Robert Katula,              :

 6            Plaintiff,         :
                                 :
 7      vs.                      : Case No. 2:23-cv-02199
                                 :
 8   Delaware County Board       :
     of Elections, et al.,       :
 9                               :
            Defendants.          :

10

11                     - - -

12
        DEPOSITION OF GREG BEAN-DeFLUMER
13

14     Taken at Isaac, Wiles & Burkholder, LLC
            Two Miranova Place, Suite 700
15             Columbus, Ohio  43215

16           Monday, April 29, 2024
                  10:09 a.m.
17
                       - - -
18

19

20

21

22

23

24
```

**2**

```
 1              A P P E A R A N C E S

 2

    APPEARING ON BEHALF OF THE PLAINTIFF:
 3

      Christopher Lalak, Esq.
 4    Lalak Law, LLC
      1991 Crocker Road, Suite 600
 5    Westlake, Ohio  44145

 6   APPEARING ON BEHALF OF THE DEFENDANTS:

 7    Jeffrey A. Stankunas, Esq.
      Gareth A. Whaley, Esq.
 8    Isaac, Wiles & Burkholder, LLC
      Two Miranova Place, Suite 700
 9    Columbus, Ohio  43215

10   ALSO PRESENT:

11    Mr. Robert Katula

12                     - - -
13
14
15
16
17
18
19
20
21
22
23
24
```

**3**

```
 1              Monday Morning Session,

 2               April 29, 2024.

 3                    - - -

 4         S T I P U L A T I O N S

 5                    - - -

 6        It is stipulated by and between counsel for the

 7   respective parties that the deposition of Greg

 8   Bean-DeFlumer, a herein, called by the Defendants under

 9   the applicable Rules of Federal Civil Court Procedure

10   may be taken at this time by the notary pursuant to

11   notice and stipulations of counsel; that said deposition

12   may be reduced to writing in stenotypy by the notary,

13   whose notes may thereafter be transcribed out of the

14   presence of the witness; that proof of the official

15   character and qualification of the notary is waived.

16                    - - -

17
18
19
20
21
22
23
24
```

**4**

```
 1              INDEX TO EXHIBITS
 2                    - - -
 3   DEFENDANTS' EXHIBITS              IDENTIFIED

 4   Exhibit A                    7
     (Plaintiff's Supplemental Disclosures)
 5
     Exhibit B                    13
 6   (Screenshot of Text Messages)

 7   Exhibit C                    18
     (Screenshot of Text Messages)
 8
     Exhibit D                    19
 9   (Screenshots of Text Messages and Facebook)

10   Exhibit E                    24
     (Email from Greg Bean-DeFlumer)
11
     Exhibit F                    25
12   (Email from Greg Bean-DeFlumer)

13                    - - -
14
15
16
17
18
19
20
21
22
23
24
```

5

GREG BEAN-DeFLUMER

1 GREG BEAN-DeFLUMER
2 being by me first duly sworn, as hereinafter certified,
3 deposes and says as follows:
4     EXAMINATION
5 By Mr. Stankunas:
6  Q. Good morning.
7  A. Good morning.
8  Q. Is your name pronounced Bean-DeFluer?
9  A. Yes.
10  Q. Good morning, Mr. Bean-DeFlumer. My name is Jeff
11 Stankunas. I'm an attorney for the Delaware County
12 Board of Elections and Peg Watkins in a lawsuit brought
13 by Mr. Katula. Thank you for being here today. Have
14 you ever had your deposition taken before?
15  A. Nope.
16  Q. So since there's a court reporter here typing
17 down everything you say, your responses have to be
18 audible.
19  A. Okay.
20  Q. And if you have any questions, let me know. If
21 you don't understand any of my questions, let me know.
22 And if you need to take a break at any time, let me know
23 as well, okay?
24  A. Okay.

6

1  Q. And I take it you know Mr. Katula?
2  A. Yes.
3  Q. And how long have you known him?
4  A. I'd say maybe a year, year and a half.
5  Q. Okay. And how did you meet him?
6  A. Just through Delaware County Democrats.
7  Q. And you know Peg Watkins?
8  A. Yes.
9  Q. How long have you known her?
10  A. Probably a little longer so maybe two or three
11 years.
12  Q. And is that also through the Delaware County
13 Democrats that you know her?
14  A. Yes.
15  Q. And do you know a woman named Holly Hanson?
16  A. Yes.
17  Q. How long have you known her?
18  A. The same time as Peg.
19  Q. And --
20  A. Same situation.
21  Q. Okay. Also Delaware County Democrats?
22  A. Yes.
23  Q. How about a woman named Janine Baker?
24  A. I don't know her personally, but I know who she

7

1 is.
2  Q. You know of her?
3  A. Yeah, just from Delaware. It's a pretty small
4 city.
5  Q. Do you live in the city of Delaware?
6  A. Just north of the city. I used to live in the
7 city, but we moved.
8  Q. Okay. Was the address that the subpoena was
9 served at, is that your current home address?
10  A. Yes.
11  Q. And I take it you are a member of the Democratic
12 Party?
13  A. Yes.
14  Q. And also the Delaware County Democratic Party?
15  A. Yep.
16  Q. And what involvement have you had with the
17 Delaware County Democratic Party?
18  A. I've been going to their meetings for the past
19 couple of years. I've been involved in their campaigns,
20 candidate campaigns, issue campaigns, canvassing. I've
21 been to the events.
22  (EXHIBIT MARKED FOR IDENTIFICATION.)
23  Q. I'm going to hand you what's marked as Exhibit A.
24  Mr. STANKUNAS: And I guess I do have one for

8

1 you.
2  MR. LALAK: Thank you.
3  Q. (By Mr. Stankunas) Mr. Bean-DeFlumer, have you
4 ever seen this document before?
5  A. I don't think so.
6  Q. Okay. Would you turn to the third page. Do you
7 see where your name is at No. 8?
8  A. Yes.
9  Q. Do you see that first sentence that says
10 "Mr. Bean-DeFlumer has information regarding Defendant
11 Watkins' statements of disapproval that Mr. Katula was
12 in a romantic relationship with a Republican, namely,
13 Janine Baker"?
14  A. Yes.
15  Q. Do you have such information?
16  A. I know that she said that she didn't like the
17 fact that he was dating her.
18  Q. And by she, you mean Peg Watkins?
19  A. Peg, yes.
20  Q. And how do you know that?
21  A. She said it out loud, told me.
22  Q. Okay. Tell me exactly what she told you.
23  A. I asked about the lawsuit because we have some
24 other people that are involved in the Democratic Party

9

1  told me about it. So I asked her about it because I
2  didn't know all the details back then, and she said that
3  it was kind of a -- she didn't really want to talk about
4  it.
5      Q.  Okay.
6      A.  But she said it came down to the fact that Rob
7  had been terminated from the Board of Elections, and I
8  asked why that was worthy of a lawsuit, and she said it
9  was because he wasn't a true Democrat.
10     Q.  She said that he was terminated because he wasn't
11 a true Democrat?
12     A.  Yes. So I asked her what she meant by that, and
13 she said, well, he's dating a Republican.
14     Q.  And where did this conversation take place?
15     A.  At Ciao Cafe in Delaware.
16     Q.  Can you spell that, please.
17     A.  C-I-A-O, I think, yeah.
18     Q.  And do you recall when it took place?
19     A.  It was before the Delaware County Fair so last
20 August --
21     Q.  August 2023?
22     A.  -- September.
23     Q.  Or September 2023, thereabouts?
24     A.  Yeah.

10

1      Q.  Okay. And was anyone else present during this
2  conversation?
3      A.  I don't think so. There are other members of the
4  party that came later but not at that point.
5      Q.  And what was the purpose of being at the cafe on
6  that date?
7      A.  We were meeting to discuss the fair and the
8  Democrats' booth at the fair.
9      Q.  Do you remember anything else about this
10 conversation with Ms. Watkins regarding Mr. Katula other
11 than what you've already told me?
12     A.  Just that I asked her how she felt about it, and
13 she said that she thought she would win but she was
14 still nervous because there was a lawsuit and that was
15 it.
16     Q.  Do you see the next -- do you have any other
17 information about Defendant Watkins' statements of
18 disapproval about Mr. Katula being in a romantic
19 relationship with a Republican, namely, Janine Baker
20 other than what you've already told me?
21     A.  That was the only time she told me directly, but
22 she didn't try to hide it. She made remarks about
23 Janine and stuff at meetings and stuff just like
24 offhanded.

11

1      Q.  And can you tell me about that?
2      A.  Just offhand remarks like somebody would say
3  something about the meeting and who was present and
4  somebody would say something like Rob's not here, and
5  Peg would say he's probably off with his Republican
6  girlfriend.
7      Q.  And when did she say that?
8      A.  I don't know specifically. It was one of the
9  meetings. It was some Thursday.
10     Q.  Do you know if it was before or after Mr. Katula
11 filed his lawsuit?
12     A.  I don't know.
13     Q.  If you don't know, do you know if it was before
14 or after he was terminated from the Board of Elections?
15     A.  It was after that.
16     Q.  Do you recall who else would have been present
17 when Ms. Watkins made that comment?
18     A.  The rest of the officers so Holly, probably Lisa
19 Sapponaro, S-A-P-P-O-N-A-R-O, I think, I'm not sure,
20 though. And probably Corey Constable, the secretary.
21     Q.  Can you tell me Ms. Sapponaro's first name again.
22     A.  Lisa.
23     Q.  And were you an officer?
24     A.  No, I was just attending the meeting.

12

1      Q.  And this was a meeting at the Delaware County
2  Democratic Party?
3      A.  Yes.
4      Q.  Any other comments that you heard Ms. Watkins
5  make about Janine Baker?
6      A.  No, I don't think so.
7      Q.  How about any other comments about Mr. Katula by
8  Peg Watkins that you've heard?
9      A.  Not directly from Peg, no.
10     Q.  Do you see the next sentence, it says "He also
11 has information regarding a request from Defendant
12 Watkins in her capacity as the chair of Delaware County
13 Democratic Party that party members take and submit
14 photographs of Plaintiff Katula appearing in public with
15 Janine Baker"?
16     A.  Yes.
17     Q.  Do you have information regarding such a request?
18     A.  I know that Holly messaged me and asked me, I was
19 working -- so I was working First Friday Delaware at the
20 Democratic booth, and she messaged me and asked if I saw
21 Rob and Janine together if I would take pictures of
22 them.
23     Q.  And have you provided copies of those text
24 messages to either Mr. Katula or his attorney?

Greg Bean-DeFlumer

13

1    A.  Yes.

2    Q.  How do you know that Ms. Hanson's request was at

3 the behest of Peg Watkins?

4    A.  Well, we would have to ask Holly directly

5 specifically, but I just can't think of any other reason

6 why she would want pictures of people together.  I mean,

7 this was after the lawsuit was filed so it just seems

8 weird that she would ask for pictures of specifically

9 Rob and Janine together.

10    (EXHIBIT MARKED FOR IDENTIFICATION.)

11    Q.  Let's look at Exhibit B.  By the way,

12 Mr. Bean-DeFlumer, you'll have to leave those with

13 Connie.

14    A.  Okay.

15    Q.  Have you seen Exhibit B before?

16    A.  Yes.

17    Q.  Are these the text messages you just referred to?

18    A.  Yep.

19    Q.  And the white printing in the black bubbles, is

20 that Holly Hanson?

21    A.  Yes.

22    Q.  And the blue is you?

23    A.  Yes.

24    Q.  And is that a photo or a screenshot of one of

14

1 four photos that you provided?

2    A.  Yes.

3    Q.  Do you still have the original text message?

4    A.  I'm sure it's in my Facebook, yeah, it's Facebook

5 Messenger, yeah, I'm sure it's still there.

6    Q.  And when did this exchange take place?  It says

7 Friday, August 4th.

8    A.  Yeah, that had to be it.

9    Q.  2023?

10    A.  Yes.

11    Q.  Is Mr. Katula in any of these pictures?

12    A.  I don't think so.  Janine is, but I don't think I

13 got a good one of them together.

14    Q.  Where is Janine?

15    A.  I don't know.  She's in one of the other ones.

16    Q.  One of the ones that's not in this?

17    A.  Yeah, I can't tell if that's her right there or

18 not.

19    Q.  In the orange shirt?

20    A.  Yeah.

21    Q.  Okay.  You're not sure if that's her or not?

22    A.  Well, it's blurry, but it looks like her.

23    Q.  Was Mr. Katula present when you took this picture

24 of Ms. --

15

1    A.  Yes, he was.

2    Q.  He was, okay.  Was he with Ms. Baker?

3    A.  Yeah, they were walking around together.

4    Q.  Who is Randy Tarrier?

5    A.  He's just a Republican in Delaware County, part

6 of the Delaware County Republican Party.  But the next

7 one is the next First Friday so this one is August First

8 Friday.  This one is September First Friday.

9    Q.  Oh, I see.  So the first page was from the August

10 First Friday?

11    A.  Yes, so the first page is when I saw Rob and

12 Janine together and Holly asked me to take pictures.

13    The second one is September regarding an incident

14 with Janine that I didn't see Rob that day.

15    Q.  Okay.  Thank you.  And, again, on the second page

16 you're in the blue?

17    A.  Yes.

18    Q.  So you texted Holly Hanson to tell her about an

19 incident that happened with Janine?

20    A.  Yes.

21    Q.  Can you tell me about that incident?

22    A.  So it was during the reproductive rights

23 amendment, we were trying to get it passed.

24    Q.  Was that Issue 2, Issue 1?

16

1    A.  One, yeah.

2    Q.  Issue 1.

3    A.  And Janine came over with who I think was Randy

4 Tarrier's wife, but I'm not sure.

5    Q.  Okay.

6    A.  And she stood right in front of the Democratic

7 booth, and they were passing out literature about voting

8 against it.

9    Q.  Okay.

10    A.  I told Holly about it because they did it right

11 in front of the Democratic booth, and then she asked if

12 Rob was with her.

13    Q.  Okay.  And then the next -- the third page looks

14 like it's back at August, well, August 16th?

15    A.  Yeah, these are out of order, but yes.

16    Q.  Okay.  And that was a text chain between you and

17 Holly on August 16th?

18    A.  Yep.

19    Q.  And was that you posting this picture that says,

20 "Well, it looks like I will never attend a First Friday

21 in Delaware ever again"?

22    A.  I think so, yes.

23    Q.  Okay.  And is that a screenshot of Mr. Katula's

24 Facebook page?

Greg Bean-DeFlumer

17

1    A.  Yes.

2    Q.  Okay.  So you went ahead and sent that to Holly
3  Hanson?

4    A.  Yep, because it was two weeks after the First
5  Friday that she asked me to take pictures of him and
6  Janine together.

7    Q.  Would you agree with me that Peg Watkins was not
8  a part of any of the text chains that we just looked at
9  in Exhibit B?

10    A.  Yes.

11    Q.  And you think these texts were at the behest of
12  Ms. Watkins, the texts from Ms. Hanson?

13    A.  I think so.  Just don't see any other reason why
14  Holly would ask me to take pictures specifically of
15  Janine and Rob.

16    Q.  Holly didn't tell you that she sent these
17  requests at the behest of Ms. Watkins, correct?

18    A.  No.  Correct.

19    Q.  And Ms. Watkins didn't tell you that she had
20  Ms. Hanson send these requests to you, correct?

21    A.  No.  Correct.

22    Q.  Do you know why Mr. Katula posted on Facebook,
23  "Well, it looks like I will never attend a First Friday
24  in Delaware ever again"?

Connie M. Willman, RPR, Inc. (614) 870-0998

18

1    A.  I don't know why.  I would be assuming if I
2  guessed.

3    Q.  Have you provided to Mr. Katula all of the text
4  messages between you and Ms. Hanson that are a part of
5  these exchanges?

6    A.  The ones that are relevant to -- yes, the ones
7  that are relevant to Rob and Janine, I believe.

8    (EXHIBIT MARKED FOR IDENTIFICATION.)

9    Q.  Okay.  I'll go ahead and hand you what's been
10  marked as Exhibit C.  Mr. Bean-DeFlumer, have you ever
11  seen the text messages in Exhibit C before?

12    A.  Yes, it's the same as the last page on Exhibit B,
13  it's just a continuation.

14    Q.  Okay.  And did you give the text chain found in
15  Exhibit C to Mr. Katula?

16    A.  Yes.

17    Q.  Were there any other screenshots of text messages
18  between you and Ms. Hanson that you've given Mr. Katula
19  other than what you've looked at?

20    A.  I don't remember.  There was a lot of stuff.  I
21  think this is it.  I think this is the relevant.

22    Q.  Why did you write "Maybe Janine got First Friday
23  in the divorce"?

24    A.  Because back then I was -- I believed all the

Connie M. Willman, RPR, Inc. (614) 870-0998

19

1  stuff that Holly and Peg said about Rob and Janine, and
2  I just --

3    Q.  What did they say about Rob and Janine other than
4  what you've already told me?

5    A.  Mostly -- that's it, mostly that he's dating a
6  Republican and that he's not a true Democrat and that he
7  was just mad at Peg for terminating him from the Board
8  of Elections.

9    (EXHIBIT MARKED FOR IDENTIFICATION.)

10    Q.  I'm going to hand you what's been marked as
11  Exhibit D.  Now, I assume you've never seen the entirety
12  of Exhibit D before; is that correct?

13    A.  Yes, that's correct.

14    Q.  Okay.  But have you seen the text messages that
15  are photoed under where it says "Holly's Version"?

16    A.  Yes.

17    Q.  Was this part of screenshot -- let me ask
18  you this.  Does this represent text messages between you
19  and Holly Hanson?

20    A.  Yeah, they're the same.

21    Q.  Part of the August 4th text messages between you
22  and Ms. Hanson?

23    A.  No, these are from the September.

24    Q.  September?

Connie M. Willman, RPR, Inc. (614) 870-0998

20

1    A.  Yes.

2    Q.  And is that you that wrote "Janine came over to
3  our tent every time I tried to hand someone the actual
4  amendment," you wrote that, right?

5    A.  Yeah, it's the same as the one in this in
6  September.

7    Q.  Right, that you saw before.  And then you see
8  that picture below "No, I'm pretty sure Randy Tarrier's
9  wife was but not 100 percent sure"?

10    A.  Uh-huh.

11    Q.  Is that Randy Tarrier's wife?

12    A.  I think so.

13    Q.  Is that a picture you took?

14    A.  Yes.

15    Q.  Okay.  And you sent that to Holly Hanson?

16    A.  Yep.

17    Q.  Did you give that text message to Mr. Katula, the
18  picture with Randy Tarrier's wife?

19    A.  No, because that's not -- that was in September.
20  Rob wasn't there the September First Friday.

21    Q.  Okay.  Turning to the second page do you see
22  under the "Holly's Version" do you see text of a
23  screenshot there?

24    A.  Yeah, that's back in August.

Connie M. Willman, RPR, Inc. (614) 870-0998

21

1  Q.  August, right, between you and Holly Hanson,
2  correct?
3  A.  Yes.
4  Q.  Okay.  And the circled part that says, "Yep,
5  Janine Baker and Rob Katula are hassling Brian," did you
6  write that?
7  A.  I don't think so, no.
8  Q.  Who do you think wrote it?
9  A.  I don't know.  I couldn't tell you.
10  Q.  Do you know anyone named Brian that was present
11  at the First Friday on August 4th?
12  A.  Yeah, he's right there in the picture in the blue
13  shirt.
14  Q.  Oh, okay.  Which blue, the T-shirt or the button
15  down with the sleeves rolled up?
16  A.  The button down with the sleeves rolled up.
17  Q.  Okay.  And who is that?
18  A.  Brian, what's his last name, I can't remember his
19  last name.
20  Q.  Okay.  Who is he, if you know?
21  A.  He's just a member of the Democratic Party who
22  works First Fridays a lot.
23  Q.  And do you recall Janine Baker and Rob Katula
24  talking to him or anything to that effect?

23

1  Q.  Yeah.  Do you know what those shirts are?
2  A.  Not specifically.
3  Q.  If I were to tell you that they have something to
4  do with J.D. Vance's campaign, would you disagree with
5  that?
6  A.  I have no idea.
7  Q.  Did you see Ms. Baker wearing a similar shirt at
8  any time?
9  A.  I saw her at a city council meeting once wearing
10  the red Got Freedom shirt.
11  Q.  Okay.  And, again, Ms. Watkins has not been a
12  part of any of these text messages between you and
13  Ms. Hanson that we've just discussed, correct?
14  A.  Correct.
15  Q.  So back at Exhibit B, Mr. Bean-DeFlumer, I'm
16  going to assume, tell me if you think I'm right or not,
17  that Ms. Baker must not be in that picture that we see
18  there on the first page of Exhibit B, right?  She's not
19  the one in the orange, the person in the orange on the
20  first page of Exhibit B and the woman on the last page
21  of Exhibit D, as in dog, that's not the same --
22  A.  Right.
23  Q.  -- person.
24  A.  Right.  Correct.

22

1  A.  Yeah, Janine's in the picture right there.
2  Q.  Is she the blond?
3  A.  Yes.
4  Q.  With the sunglasses with the looks like there's a
5  "Yes" and I'm going to guess "Issue 1"?
6  A.  Yep.
7  Q.  Okay.  Did you take that picture?
8  A.  Yeah.
9  Q.  And send it?
10  A.  Yeah.
11  Q.  So she wrote "Rob said he had a new shirt," did
12  Ms. Hanson write that?
13  A.  She did, yes.
14  Q.  Okay.  And then you wrote "I'll try to get one of
15  Rob"?
16  A.  Yes.
17  Q.  Did you give this text message to Mr. Katula?
18  A.  I don't remember.
19  Q.  Do you recall what shirt Rob was wearing,
20  Mr. Katula, on August 4th?
21  A.  No.
22  Q.  Have you ever seen him in a Got Freedom T-shirt
23  at a First Friday event?
24  A.  Yes, the red one.

24

1  Q.  Okay.  All right.
2  (EXHIBIT MARKED FOR IDENTIFICATION.)
3  Q.  I'm going to hand you what's been marked as
4  Exhibit E.  Mr. Bean-DeFlumer, have you ever seen
5  Exhibit E before?
6  A.  Yes.
7  Q.  And is that an email chain between you and Liz
8  Walters?
9  A.  Yes.
10  Q.  And Liz Walters is the chair of the Ohio
11  Democratic Party; is that correct?
12  A.  Yes.
13  Q.  Okay.  Who is Amy Grubbe?
14  A.  Where do you see that?
15  Q.  The first page in the CC.
16  A.  Somebody, I don't know, somebody that has to do
17  with the Ohio Democratic Party, though.
18  Q.  Okay, because that was an email -- well, okay.
19  That's fine.  Do you know who any of these people are
20  that are in the CC?
21  A.  Most of them, yeah.
22  Q.  Okay.  Are there any of them that you put on the
23  CC?
24  A.  Yeah, I put all these on the CC.

Greg Bean-Burturner

25

1    Q.   Okay.  And are they all people that have some
2  involvement with the Ohio Democratic Party as far as you
3  know?
4    A.   Yes, so I checked the -- well, first I talked to
5  Janet Carson and asked her who I should email.
6    Q.   Who is Janet Carson?
7    A.   She's the chair of the Ohio Democratic Party's
8  chair association.
9    Q.   Okay.
10   A.   Or something, it's an association of party
11 chairs.
12   Q.   Okay.
13   A.   And she's the one that told me to CC these
14 people.
15   Q.   Okay.
16        (EXHIBIT MARKED FOR IDENTIFICATION?)
17   Q.   And I'll hand you what's been marked as
18 Exhibit F.  Have you seen Exhibit F before?
19   A.   Yes.
20   Q.   Is that a complaint that you submitted to Liz
21 Walters on October 6th, 2023?
22   A.   Yes.
23   Q.   Kind of in your own words can you explain to me
24 what your complaint was against Ms. Watkins?

Connie M. Willman, RPR, Inc. (614) 870-0998

27

1    A.   August and then -- yeah, I would say between
2  August and October of 2023.
3    Q.   And what were you employed to do?
4    A.   Well, it started out seasonal, and then it went
5  full-time.  I don't know what my actual title was.  I
6  don't remember.
7    Q.   Okay.  So you actually were a seasonal employee
8  who showed up and got paid --
9    A.   At first.
10   Q.   -- to work at the Board of Elections?
11   A.   Yep.
12   Q.   What did you do as a seasonal employee?
13   A.   Started out as a rover so I went from -- during
14 Election Day I went to all the election polling
15 locations and helped with technical problems and voting
16 machine problems.
17   Q.   And that would have been during the August
18 special election?
19   A.   Yes.
20   Q.   2023?
21   A.   Yep.
22   Q.   And did you work after that special election in
23 August 2023?
24   A.   Yes.

Connie M. Willman, RPR, Inc. (614) 870-0998

26

1    A.   There are many.
2    Q.   Okay.  Just walk me through it, if you don't
3  mind.
4    A.   She is -- I believe that she's destroying the
5  Democratic Party in Delaware because of her, I guess her
6  utter hatred of anybody that is not a Democrat, refusal
7  to work with anybody who is a Republican, anybody who is
8  a moderate, she won't even talk to them and then also
9  other reasons are all listed here.  So she doesn't let
10 new volunteers get involved.  She turns them away.  She
11 refuses to participate in any kind of disagreements, she
12 just -- which is part of her job as the chair so if
13 there's a disagreement in the party she's supposed to
14 moderate it at a meeting, and she just totally ignores
15 it, won't put it on the agenda.
16   Q.   Okay.
17   A.   And then she also terminated me from the Board of
18 Elections after -- so she found out that I knew Rob, and
19 then she terminated me from the Board of Elections.  And
20 then when I asked her why, because she didn't give me a
21 reason, she said you and Rob Katula think that it is all
22 my fault.
23   Q.   And when were you employed by the Delaware County
24 Board of Elections?

Connie M. Willman, RPR, Inc. (614) 870-0998

28

1    Q.   And what did you do then?
2    A.   That's when I went full-time as a, I don't know,
3  a warehouse, I don't know, it was something -- I worked
4  in the back with all the iPads and the computers and
5  stuff and the voting machines.
6    Q.   And that was full-time?
7    A.   Yes.
8    Q.   And how long did you do that for?
9    A.   I would say through October.  There was a
10 disagreement that I had with one of the Democratic
11 candidates in September.
12   Q.   Who was that?
13   A.   Mary Kate Pembroke.
14   Q.   And what was she a candidate for?
15   A.   School board.
16   Q.   Okay.  Keep going.
17   A.   It was unrelated to all this.
18   Q.   Okay.
19   A.   And then she went and talked to Peg, I don't know
20 what she told her, but --
21   Q.   How do you know she talked to Peg?
22   A.   She said she was going to.  She said she was done
23 talking to me and she was going to go talk to Peg
24 instead.  The next thing I know I got a letter saying I

Connie M. Willman, RPR, Inc. (614) 870-0998

29

1 was terminated from the Board of Elections.

2     When I asked Peg for the reason, she said -- the

3 only thing that she said was that you and Rob Katula

4 think this is all my fault.

5     Q.  Did she say that sarcastically in your opinion?

6     A.  I think so, yeah.

7     Q.  As if meaning you guys think it's all my fault

8 but it's not, is that what you took from her statement?

9     A.  I think that she wanted me to think that it

10 wasn't her fault.

11     Q.  Okay.  I see.  Where did the dispute with Mary

12 Kate Pembroke take place or the disagreement?

13     A.  It was just a Facebook conversation.

14     Q.  Then you got a letter from the Board of

15 Elections?  Who was it from?

16     A.  Yeah, from the Board of Elections.

17     Q.  And what did it say?

18     A.  It just said that I was terminated from my

19 position, didn't say why or anything.

20     Q.  And other than your conversation with

21 Ms. Watkins, nobody's told you that they know why you

22 were terminated?

23     A.  No.

24     Q.  Is that correct?

30

1     A.  What?

2     Q.  Are you saying, no, nobody talked to me?

3     A.  Oh, correct.  Right, nobody talked to me since.

4     Q.  Do you believe Ms. Watkins used her influence to

5 get you fired from the Board of Elections?

6     A.  Yes.

7     Q.  And you base that on the fact that Ms. Pembroke

8 told you she was going to Ms. Watkins and then you got

9 fired?

10     A.  Yes.  And the fact that she has done this before.

11 It's not --

12     Q.  To Mr. Katula?

13     A.  Yes.

14     Q.  Do you know whether or not the Board of Elections

15 ever voted to hire you as a full-time employee?

16     A.  I have no idea.

17     Q.  Do you know whether or not the Delaware County

18 prosecuting attorney's office had made the Board of

19 Elections aware of some pending criminal charges against

20 you?

21     A.  No.

22     Q.  You don't know --

23     A.  No.

24     Q.  -- one way or the other?

31

1     A.  No, they didn't.

2     Q.  How do you know that?

3     A.  Because I know who did, Mary Kate did, she told

4 me she did.

5     Q.  What did she tell you?

6     A.  She told me that she was going to tell Peg about

7 the --

8     Q.  About the what?

9     A.  About the charges.  That wasn't even in Delaware

10 County.  It was in Delaware city.

11     Q.  Is that the Highway Patrol citation?

12     A.  Yes.

13     Q.  For throwing rocks at somebody?

14     A.  It wasn't throwing rocks, but that's the --

15     Q.  That was the charge?

16     A.  Yes.

17     Q.  And do you know the outcome of that, the outcome

18 of that criminal charge?

19     A.  Yeah, the "victim" admitted that she was lying

20 about the rocks, and then we just agreed to settle with

21 disorderly conduct.

22     Q.  Who is the victim or the "victim"?

23     A.  I don't know.

24     Q.  You don't know who the person was?

32

1     A.  No, she just came to my house randomly one day,

2 not somebody that I know.

3     Q.  Okay.  And she must have told the Highway Patrol

4 that you threw rocks at her?

5     A.  I would assume she did.

6     Q.  Do you live near the Board of Elections?

7     A.  Yes.

8     Q.  And then you also had pending criminal charges in

9 Franklin County that were recently resolved, correct?

10     A.  Yes.

11     Q.  Okay.  And you pled guilty to a felony; is that

12 correct?

13     A.  Yes.

14     Q.  And that was last week?

15     A.  Yes.

16     Q.  Okay.  And that was for misuse of a computer or

17 computer fraud.  What was your understanding of the --

18     A.  It was just -- allegedly it was unauthorized use

19 of a computer.

20     Q.  And whose computer, if you know?

21     A.  I don't see how that's relevant to this case at

22 all.

23     Q.  Well, you've made yourself a witness in this

24 case, and you've been convicted of a felony that sure

Greg Bean-DeFlumer

---

**33**

1 sounds like it has something to do with deception so --

2    A. It has nothing to do with deception. It's misuse

3 of a computer. It's not deception at all.

4    Q. What is your understanding of the allegations

5 against you?

6    A. That I used a computer that was given to me by my

7 job after I quit.

8    Q. And what job was that?

9    A. Again, I don't see how this is relevant to Rob's

10 case. It was a company called Cloud Cover.

11    Q. Okay. And was that the ones who sued you for

12 destroying their property, is that Cloud Cover, or was

13 that a different employer?

14    A. Nobody sued me for destroying property.

15    Q. No former employer ever did that?

16    A. I don't think so.

17    Q. Okay. Do you have any other beefs with

18 Ms. Watkins other than what's set forth in your email

19 complaint and chain with Chairwoman Walters?

20    A. No, I think I covered all of it in there.

21    Q. Okay. And did you try to persuade someone to run

22 against Ms. Watkins for her Central Committee position

23 this past primary?

24    A. I didn't try to persuade anybody, no. Somebody

---

**34**

1 ran against her.

2    Q. Okay. Who was that; do you know?

3    A. Amanda.

4    Q. Do you know Amanda's last name?

5    A. Apicella. Again, it's just how democracy works.

6 Somebody wants to run against Peg, they can.

7    Q. Did you support Amanda in any way in her campaign

8 against Peg?

9    A. She asked me for tips on how to run a campaign so

10 I gave her them, yes.

11    Q. Did you give her money?

12    A. No.

13    MR. STANKUNAS: Well, Mr. Bean-DeFlumer, if you

14 give me a second, I'm just going to confer with my

15 colleague, and I may be done.

16    THE WITNESS: Okay.

17    (Recess taken.)

18    Q. (By Mr. Stankunas) Mr. Bean-DeFlumer, do you know

19 how Ms. Pembroke knew about your citation from the Ohio

20 Highway Patrol?

21    A. Yes, she checked the public records.

22    Q. Okay. And has Mr. Katula ever talked to you

23 about supporting J.D. Vance?

24    A. No.

---

**35**

1    Q. Do you have any reason to believe he's done that?

2    A. I have no idea.

3    Q. Okay. Has he ever talked to you about

4 campaigning for Republicans or anything to that effect?

5    A. Campaigning for Republicans, no.

6    Q. Or supporting Republicans?

7    A. Not that I can think of.

8    Q. Okay. Did he ever talk to you about passing out

9 campaign literature at the Republican booth at First

10 Fridays?

11    A. Has he talked to me about that, no.

12    Q. Yeah, has anyone talked to you about that?

13    A. No.

14    Q. Okay. Are you aware of anyone else in the

15 Democratic Party in Delaware County that's questioned

16 whether Mr. Katula's a true Democrat other than

17 Ms. Watkins and Ms. Hanson?

18    A. As far as I know, that's it.

19    MR. STANKUNAS: Okay. I don't have any further

20 questions.

21    Do you?

22    MR. LALAK: No.

23    MR. STANKUNAS: Do you want to advise him on

24 signature?

---

**36**

1    MR. LALAK: Sure. So you have a right under the

2 law to review the text of the transcript to make sure

3 that it was all transcribed accurately or you can waive

4 that right. I generally advise my clients to read, but

5 it's your decision.

6    THE WITNESS: I would read, yeah.

7    MR. LALAK: He'll read then.

8    MR. STANKUNAS: Thank you for coming.

9    - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

---

37

A F F I D A V I T

- - -

State of _____ )

) SS:

County of_____ )

I, Greg Bean-DeFlumer, do hereby certify that I have read the foregoing transcript of my deposition given on April 29, 2024; that together with the correction page(s) attached hereto noting changes in form or substance, if any, is true and correct.

_____

Greg Bean-DeFlumer

I do hereby certify that the foregoing transcript of the deposition of Greg Bean-DeFlumer, was submitted to the witness for reading and signing; that after he had stated to the undersigned Notary Public that he had read and examined his deposition, he signed the same in my presence on the _____ day of_____, 2024.

_____

NOTARY PUBLIC

My commission expires_____

Connie M. Willman, RPR, Inc. (614) 870-0998

38

C E R T I F I C A T E

State of Ohio      )

) SS:

County of Franklin )

I, Connie M. Willman, Notary Public in and for the State of Ohio, duly commissioned and qualified, certify that the within named Greg Bean-DeFlumer was by me duly sworn or affirmed to testify to the whole truth in the cause aforesaid; that the testimony was taken down by me in stenotypy in the presence of said witness; afterwards transcribed upon a computer; that the foregoing is a true and correct transcript of the testimony given by said witness taken at the time and place in the foregoing caption specified.

I certify that I am not a relative, employee, or attorney of any of the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Columbus, Ohio, on this 13th day of May, 2024.

_____

Connie M. Willman, Notary Public in and for the State of Ohio and Registered Professional Reporter and Registered Merit Reporter.

My commission expires January 17, 2028.

Connie M. Willman, RPR, Inc. (614) 870-0998

## 1

**1** [3] - 15:24, 16:2, 22:5
**100** [1] - 20:9
**10:09** [1] - 1:16
**13** [1] - 4:5
**13th** [1] - 38:19
**16th** [2] - 16:14, 16:17
**17** [1] - 38:24
**18** [1] - 4:7
**19** [1] - 4:8
**1991** [1] - 2:4

## 2

**2** [1] - 15:24
**2023** [7] - 9:21, 9:23, 14:9, 25:21, 27:2, 27:20, 27:23
**2024** [5] - 1:16, 3:2, 37:7, 37:18, 38:19
**2028** [1] - 38:24
**24** [1] - 4:10
**25** [1] - 4:11
**29** [3] - 1:16, 3:2, 37:7
**2:23-cv-02199** [1] - 1:7

## 4

**43215** [2] - 1:15, 2:9
**44145** [1] - 2:5
**4th** [4] - 14:7, 19:21, 21:11, 22:20

## 6

**600** [1] - 2:4
**6th** [1] - 25:21

## 7

**7** [1] - 4:4
**700** [2] - 1:14, 2:8

## 8

**8** [1] - 8:7

## A

**a.m** [1] - 1:16
**accurately** [1] - 36:3
**action** [1] - 38:16
**actual** [2] - 20:3, 27:5
**address** [2] - 7:8, 7:9
**admitted** [1] - 31:19
**advise** [2] - 35:23, 36:4
**affirmed** [1] - 38:7

**affixed** [1] - 38:18
**aforesaid** [1] - 38:8
**afterwards** [1] - 38:10
**agenda** [1] - 26:15
**agree** [1] - 17:7
**agreed** [1] - 31:20
**ahead** [2] - 17:2, 18:9
**al** [1] - 1:8
**allegations** [1] - 33:4
**allegedly** [1] - 32:18
**ALSO** [1] - 2:10
**Amanda** [2] - 34:3, 34:7
**Amanda's** [1] - 34:4
**amendment** [2] - 15:23, 20:4
**Amy** [1] - 24:13
**apicella** [1] - 34:5
**appearing** [1] - 12:14
**APPEARING** [2] - 2:2, 2:6
**applicable** [1] - 3:9
**April** [3] - 1:16, 3:2, 37:7
**association** [2] - 25:8, 25:10
**assume** [2] - 19:11, 23:16, 32:5
**assuming** [1] - 18:1
**attached** [1] - 37:8
**attend** [2] - 16:20, 17:23
**attending** [1] - 11:24
**attorney** [3] - 5:11, 12:24, 38:15
**attorney's** [1] - 30:18
**audible** [1] - 5:18
**August** [17] - 9:20, 9:21, 14:7, 15:7, 15:9, 16:14, 16:17, 19:21, 20:24, 21:1, 21:11, 22:20, 27:1, 27:2, 27:17, 27:23
**aware** [2] - 30:19, 35:14

## B

**Baker** [10] - 6:23, 8:13, 10:19, 12:5, 12:15, 15:2, 21:5, 21:23, 23:7, 23:17
**base** [1] - 30:7
**Bean** [17] - 3:8, 4:10, 4:12, 5:8, 5:10, 8:3, 8:10, 13:12, 18:10, 23:15, 24:4, 34:13, 34:18, 37:5, 37:11, 37:14, 38:6
**BEAN** [2] - 1:12, 5:1

**Bean-DeFluer** [1] - 5:8
**Bean-DeFlumer** [18] - 1:12, 3:8, 4:10, 4:12, 5:1, 5:10, 8:3, 8:10, 13:12, 18:10, 23:15, 24:4, 34:13, 34:18, 37:5, 37:11, 37:14, 38:6
**beefs** [1] - 33:17
**BEHALF** [2] - 2:2, 2:6
**behest** [3] - 13:3, 17:11, 17:17
**below** [1] - 20:8
**between** [10] - 3:6, 16:16, 18:4, 18:18, 19:18, 19:21, 21:1, 23:12, 24:7, 27:1
**black** [1] - 13:19
**blond** [1] - 22:2
**blue** [4] - 13:22, 15:16, 21:12, 21:14
**blurry** [1] - 14:22
**Board** [16] - 1:8, 5:12, 9:7, 11:14, 19:7, 26:17, 26:19, 26:24, 27:10, 29:1, 29:14, 29:16, 30:5, 30:14, 30:18, 32:6
**board** [1] - 28:15
**booth** [5] - 10:8, 12:20, 16:7, 16:11, 35:9
**break** [1] - 5:22
**Brian** [3] - 21:5, 21:10, 21:18
**brought** [1] - 5:12
**bubbles** [1] - 13:19
**Burkholder** [2] - 1:14, 2:8
**button** [2] - 21:14, 21:16

## C

**cafe** [2] - 9:15, 10:5
**campaign** [4] - 23:4, 34:7, 34:9, 35:9
**campaigning** [2] - 35:4, 35:5
**campaigns** [3] - 7:19, 7:20
**candidate** [2] - 7:20, 28:14
**candidates** [1] - 28:11
**canvassing** [1] - 7:20
**capacity** [1] - 12:12
**caption** [1] - 38:13
**Carson** [2] - 25:5, 25:6
**Case** [1] - 1:7
**case** [3] - 32:21,

32:24, 33:10
**CC** [5] - 24:15, 24:20, 24:23, 24:24, 25:13
**central** [1] - 33:22
**certified** [1] - 5:2
**certify** [4] - 37:5, 37:13, 38:6, 38:14
**chain** [4] - 16:16, 18:14, 24:7, 33:19
**chains** [1] - 17:8
**chair** [5] - 12:12, 24:10, 25:7, 25:8, 26:12
**chairs** [1] - 25:11
**chairwoman** [1] - 33:19
**changes** [1] - 37:8
**character** [1] - 3:15
**charge** [2] - 31:15, 31:18
**charges** [3] - 30:19, 31:9, 32:8
**checked** [2] - 25:4, 34:21
**Christopher** [1] - 2:3
**Ciao** [1] - 9:15
**CIAO** [1] - 9:17
**circled** [1] - 21:4
**citation** [2] - 31:11, 34:19
**city** [6] - 7:4, 7:5, 7:6, 7:7, 23:9, 31:10
**Civil** [1] - 3:9
**clients** [1] - 36:4
**Cloud** [1] - 33:10
**cloud** [1] - 33:12
**colleague** [1] - 34:15
**Columbus** [3] - 1:15, 2:9, 38:18
**coming** [1] - 36:8
**comment** [1] - 11:17
**comments** [2] - 12:4, 12:7
**commission** [2] - 37:21, 38:24
**commissioned** [1] - 38:5
**committee** [1] - 33:22
**company** [1] - 33:10
**complaint** [3] - 25:20, 25:24, 33:19
**computer** [7] - 32:16, 32:17, 32:19, 32:20, 33:3, 33:6, 38:10
**computers** [1] - 28:4
**conduct** [1] - 31:21
**confer** [1] - 34:14
**Connie** [3] - 13:13, 38:4, 38:21
**Constable** [1] - 11:20

**continuation** [1] - 18:13
**conversation** [5] - 9:14, 10:2, 10:10, 29:13, 29:20
**convicted** [1] - 32:24
**copies** [1] - 12:23
**Corey** [1] - 11:20
**correct** [17] - 17:17, 17:18, 17:20, 17:21, 19:12, 19:13, 21:2, 22:13, 23:14, 23:24, 24:11, 29:24, 30:3, 32:9, 32:12, 37:9, 38:11
**correction** [1] - 37:8
**council** [1] - 23:9
**counsel** [2] - 3:6, 3:11
**County** [19] - 1:8, 5:11, 6:6, 6:12, 6:21, 7:14, 7:17, 9:19, 12:1, 12:12, 15:5, 15:6, 26:23, 30:17, 31:10, 32:9, 35:15, 37:4, 38:3
**couple** [1] - 7:19
**COURT** [1] - 1:1
**court** [1] - 5:16
**Court** [1] - 3:9
**Cover** [1] - 33:10
**cover** [1] - 33:12
**covered** [1] - 33:20
**criminal** [3] - 30:19, 31:18, 32:8
**Crocker** [1] - 2:4
**current** [1] - 7:9

## D

**date** [1] - 10:6
**dating** [3] - 8:17, 9:13, 19:5
**deception** [3] - 33:1, 33:2, 33:3
**decision** [1] - 36:5
**defendant** [3] - 8:10, 10:17, 12:11
**Defendants** [2] - 1:9, 3:8
**DEFENDANTS** [1] - 2:6
**DEFENDANTS'** [1] - 4:3
**DeFluer** [1] - 5:8
**DeFlumer** [18] - 1:12, 3:8, 4:10, 4:12, 5:1, 5:10, 8:3, 8:10, 13:12, 18:10, 23:15, 24:4, 34:13, 34:18, 37:5, 37:11, 37:14,

38:6
**Delaware** [24] - 1:8,
5:11, 6:6, 6:12, 6:21,
7:3, 7:5, 7:14, 7:17,
9:15, 9:19, 12:1,
12:12, 12:19, 15:5,
15:6, 16:21, 17:24,
26:5, 26:23, 30:17,
31:9, 31:10, 35:15
**democracy** [1] - 34:5
**Democrat** [5] - 9:9,
9:11, 19:6, 26:6,
35:16
**Democratic** [13] -
7:11, 7:14, 7:17,
8:24, 12:2, 12:13,
21:21, 24:11, 25:2,
25:7, 26:5, 28:10,
35:15
**democratic** [4] -
12:20, 16:6, 16:11,
24:17
**Democrats** [3] - 6:6,
6:13, 6:21
**Democrats'** [1] - 10:8
**deposes** [1] - 5:3
**DEPOSITION** [1] -
1:12
**deposition** [6] - 3:7,
3:11, 5:14, 37:6,
37:14, 37:17
**destroying** [3] - 26:4,
33:12, 33:14
**details** [1] - 9:2
**different** [1] - 33:13
**directly** [3] - 10:21,
12:9, 13:4
**disagree** [1] - 23:4
**disagreement** [3] -
26:13, 28:10, 29:12
**disagreements** [1] -
26:11
**disapproval** [2] - 8:11,
10:18
**Disclosures** [1] - 4:4
**discuss** [1] - 10:7
**discussed** [1] - 23:13
**disorderly** [1] - 31:21
**dispute** [1] - 29:11
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [1] - 1:3
**divorce** [1] - 18:23
**document** [1] - 8:4
**dog** [1] - 23:21
**done** [4] - 28:22,
30:10, 34:15, 35:1
**down** [5] - 5:17, 9:6,
21:15, 21:16, 38:9
**duly** [3] - 5:2, 38:5,
38:7

**during** [4] - 10:1,
15:22, 27:13, 27:17

## E

**EASTERN** [1] - 1:3
**effect** [2] - 21:24, 35:4
**either** [1] - 12:24
**election** [4] - 27:14,
27:18, 27:22
**elections** [1] - 32:6
**Elections** [15] - 1:8,
5:12, 9:7, 11:14,
19:8, 26:18, 26:19,
26:24, 27:10, 29:1,
29:15, 29:16, 30:5,
30:14, 30:19
**Email** [2] - 4:10, 4:12
**email** [4] - 24:7, 24:18,
25:5, 33:18
**employed** [2] - 26:23,
27:3
**employee** [4] - 27:7,
27:12, 30:15, 38:14
**employer** [2] - 33:13,
33:15
**entirety** [1] - 19:11
**Esq** [2] - 2:3, 2:7, 2:7
**et** [1] - 1:8
**event** [1] - 22:23
**events** [1] - 7:21
**exactly** [1] - 8:22
**EXAMINATION** [1] -
5:4
**examined** [1] - 37:17
**exchange** [1] - 14:6
**exchanges** [1] - 18:5
**Exhibit** [23] - 4:4, 4:7,
4:8, 4:10, 4:11, 7:23,
13:11, 13:15, 17:9,
18:10, 18:11, 18:12,
18:15, 19:11, 19:12,
23:15, 23:18, 23:20,
23:21, 24:4, 24:5,
25:18
**EXHIBIT** [6] - 7:22,
13:10, 18:8, 19:9,
24:2, 25:16
**exhibit** [1] - 4:5
**EXHIBITS** [2] - 4:1,
4:3
**expires** [2] - 37:21,
38:24
**explain** [1] - 25:23

## F

**Facebook** [6] - 4:9,
14:4, 16:24, 17:22,
29:13

**fact** [4] - 8:17, 9:6,
30:7, 30:10
**fair** [3] - 9:19, 10:7,
10:8
**far** [2] - 25:2, 35:18
**fault** [4] - 26:22, 29:4,
29:7, 29:10
**Federal** [1] - 3:9
**felony** [2] - 32:11,
32:24
**felt** [1] - 10:12
**filed** [2] - 11:11, 13:7
**financially** [1] - 38:15
**fine** [1] - 24:19
**fired** [2] - 30:5, 30:9
**First** [5] - 15:7, 15:8,
15:10, 20:20, 22:23
**first** [19] - 5:2, 8:9,
11:21, 12:19, 15:7,
15:9, 15:11, 16:20,
17:4, 17:23, 18:22,
21:11, 21:22, 23:18,
23:20, 24:15, 25:4,
27:9, 35:9
**follows** [1] - 5:3
**FOR** [6] - 7:22, 13:10,
18:8, 19:9, 24:2,
25:16
**foregoing** [4] - 37:6,
37:13, 38:11, 38:13
**form** [1] - 37:9
**former** [1] - 33:15
**forth** [1] - 33:18
**four** [1] - 14:1
**Franklin** [2] - 32:9,
38:3
**fraud** [1] - 32:17
**freedom** [2] - 22:22,
23:10
**Friday** [13] - 12:19,
14:7, 15:7, 15:8,
15:10, 16:20, 17:5,
17:23, 18:22, 20:20,
21:11, 22:23
**Fridays** [2] - 21:22,
35:10
**front** [2] - 16:6, 16:11
**full** [4] - 27:5, 28:2,
28:6, 30:15
**full-time** [4] - 27:5,
28:2, 28:6, 30:15

## G

**Gareth** [1] - 2:7
**generally** [1] - 36:4
**girlfriend** [1] - 11:6
**given** [4] - 18:18, 33:6,
37:7, 38:12
**GREG** [2] - 1:12, 5:1

**Greg** [7] - 3:7, 4:10,
4:12, 37:5, 37:11,
37:14, 38:6
**Grubbe** [1] - 24:13
**guess** [3] - 7:24, 22:5,
26:5
**guessed** [1] - 18:2
**guilty** [1] - 32:11
**guys** [1] - 29:7

## H

**half** [1] - 6:4
**hand** [7] - 7:23, 18:9,
19:10, 20:3, 24:3,
25:17, 38:17
**Hanson** [15] - 6:15,
13:20, 15:18, 17:3,
17:12, 17:20, 18:4,
18:18, 19:19, 19:22,
20:15, 21:1, 22:12,
23:13, 35:17
**Hanson's** [1] - 13:2
**hassling** [1] - 21:5
**hatred** [1] - 26:6
**heard** [2] - 12:4, 12:8
**helped** [1] - 27:15
**hereby** [2] - 37:5,
37:13
**herein** [1] - 3:8
**hereinafter** [1] - 5:2
**hereto** [2] - 37:8,
38:15
**hereunto** [1] - 38:17
**hide** [1] - 10:22
**Highway** [3] - 31:11,
32:3, 34:20
**hire** [1] - 30:15
**Holly** [16] - 6:15,
11:18, 12:18, 13:4,
13:20, 15:12, 15:18,
16:10, 16:17, 17:2,
17:14, 17:16, 19:1,
19:19, 20:15, 21:1
**Holly's** [2] - 19:15,
20:22
**home** [1] - 7:9
**house** [1] - 32:1

## I

**idea** [3] - 23:6, 30:16,
35:2
**IDENTIFICATION** [6] -
7:22, 13:10, 18:8,
19:9, 24:2, 25:16
**IDENTIFIED** [1] - 4:3
**ignores** [1] - 26:14
**IN** [2] - 1:1, 38:17
**incident** [3] - 15:13,

15:19, 15:21
**INDEX** [1] - 4:1
**influence** [1] - 30:4
**information** [5] - 8:10,
8:15, 10:17, 12:11,
12:17
**instead** [1] - 28:24
**interested** [1] - 38:16
**involved** [3] - 7:19,
8:24, 26:10
**involvement** [2] -
7:16, 25:2
**iPads** [1] - 28:4
**Isaac** [2] - 1:14, 2:8
**issue** [5] - 7:20, 15:24,
16:2, 22:5

## J

**J.D** [2] - 23:4, 34:23
**Janet** [2] - 25:5, 25:6
**Janine** [23] - 6:23,
8:13, 10:19, 10:23,
12:5, 12:15, 12:21,
13:9, 14:12, 14:14,
15:12, 15:14, 15:19,
16:3, 17:6, 17:15,
18:7, 18:22, 19:1,
19:3, 20:2, 21:5,
21:23
**Janine's** [1] - 22:1
**January** [1] - 38:24
**Jeff** [1] - 5:10
**Jeffrey** [1] - 2:7
**job** [3] - 26:12, 33:7,
33:8

## K

**Kate** [3] - 28:13,
29:12, 31:3
**Katula** [26] - 1:5, 2:11,
5:13, 6:1, 8:11,
10:10, 10:18, 11:10,
12:7, 12:14, 12:24,
14:11, 14:23, 17:22,
18:3, 18:15, 18:18,
20:17, 21:5, 21:23,
22:17, 22:20, 26:21,
29:3, 30:12, 34:22
**Katula's** [2] - 16:23,
35:16
**keep** [1] - 28:16
**kind** [3] - 9:3, 25:23,
26:11
**known** [3] - 6:3, 6:9,
6:17

## L

**LALAK** [4] - 8:2, 35:22, 36:1, 36:7
**Lalak** [1] - 2:3
**lalak** [1] - 2:4
**last** [7] - 9:19, 18:12, 21:18, 21:19, 23:20, 32:14, 34:4
**law** [1] - 36:2
**Law** [1] - 2:4
**lawsuit** [6] - 5:12, 8:23, 9:8, 10:14, 11:11, 13:7
**leave** [1] - 13:12
**letter** [2] - 28:24, 29:14
**Lisa** [2] - 11:18, 11:22
**listed** [1] - 26:9
**literature** [2] - 16:7, 35:9
**live** [3] - 7:5, 7:6, 32:6
**Liz** [3] - 24:7, 24:10, 25:20
**LLC** [3] - 1:14, 2:4, 2:8
**locations** [1] - 27:15
**look** [1] - 13:11
**looked** [2] - 17:8, 18:19
**looks** [5] - 14:22, 16:13, 16:20, 17:23, 22:4
**loud** [1] - 8:21
**lying** [1] - 31:19

## M

**machine** [1] - 27:16
**machines** [1] - 28:5
**mad** [1] - 19:7
**MARKED** [6] - 7:22, 13:10, 18:8, 19:9, 24:2, 25:16
**marked** [3] - 7:23, 18:10, 19:10, 24:3, 25:17
**Mary** [3] - 28:13, 29:11, 31:3
**mean** [2] - 8:18, 13:6
**meaning** [1] - 29:7
**meant** [1] - 9:12
**meet** [1] - 6:5
**meeting** [6] - 10:7, 11:3, 11:24, 12:1, 23:9, 26:14
**meetings** [3] - 7:18, 10:23, 11:9
**member** [2] - 7:11, 21:21
**members** [2] - 10:3,
12:13
**Merit** [1] - 38:23
**message** [3] - 14:3, 20:17, 22:17
**messaged** [2] - 12:18, 12:20
**Messages** [3] - 4:6, 4:7, 4:9
**messages** [9] - 12:24, 13:17, 18:4, 18:11, 18:17, 19:14, 19:18, 19:21, 23:12
**Messenger** [1] - 14:5
**mind** [1] - 26:3
**Miranova** [2] - 1:14, 2:8
**misuse** [2] - 32:16, 33:2
**moderate** [2] - 26:8, 26:14
**Monday** [2] - 1:16, 3:1
**money** [1] - 34:11
**Morning** [1] - 3:1
**morning** [3] - 5:6, 5:7, 5:10
**most** [1] - 24:21
**mostly** [2] - 19:5
**moved** [1] - 7:7
**MR** [8] - 8:2, 34:13, 35:19, 35:22, 35:23, 36:1, 36:7, 36:8
**must** [2] - 23:17, 32:3

## N

**name** [7] - 5:8, 5:10, 8:7, 11:21, 21:18, 21:19, 34:4
**named** [4] - 6:15, 6:23, 21:10, 38:6
**namely** [2] - 8:12, 10:19
**near** [1] - 32:6
**need** [1] - 5:22
**nervous** [1] - 10:14
**never** [3] - 16:20, 17:23, 19:11
**new** [2] - 22:11, 26:10
**next** [6] - 10:16, 12:10, 15:6, 15:7, 16:13, 28:24
**nobody** [3] - 30:2, 30:3, 33:14
**nobody's** [1] - 29:21
**north** [1] - 7:6
**Notary** [3] - 37:16, 38:4, 38:21
**notary** [3] - 3:10, 3:12, 3:15
**NOTARY** [1] - 37:19

**notes** [1] - 3:13
**nothing** [1] - 33:2
**notice** [1] - 3:11
**noting** [1] - 37:8

## O

**October** [3] - 25:21, 27:2, 28:9
**OF** [4] - 1:2, 1:12, 2:2, 2:6
**offhand** [1] - 11:2
**offhanded** [1] - 10:24
**office** [2] - 30:18, 38:18
**officer** [1] - 11:23
**officers** [1] - 11:18
**official** [1] - 3:14
**OHIO** [1] - 1:2
**Ohio** [12] - 1:15, 2:5, 2:9, 24:10, 24:17, 25:2, 25:7, 34:19, 38:2, 38:5, 38:18, 38:22
**ON** [2] - 2:2, 2:6
**once** [1] - 23:9
**one** [19] - 7:24, 11:8, 13:24, 14:13, 14:15, 14:16, 15:7, 15:8, 15:13, 16:1, 20:5, 22:14, 22:24, 23:19, 25:13, 28:10, 30:24, 32:1
**ones** [5] - 14:15, 14:16, 18:6, 33:11
**opinion** [1] - 29:5
**orange** [2] - 14:19, 23:19
**order** [1] - 16:15
**original** [1] - 14:3
**outcome** [2] - 31:17
**own** [1] - 25:23

## P

**page** [12] - 8:6, 15:9, 15:11, 15:15, 16:13, 16:24, 18:12, 20:21, 23:18, 23:20, 24:15
**page(s** [1] - 37:8
**paid** [1] - 27:8
**part** [8] - 15:5, 17:8, 18:4, 19:17, 19:21, 21:4, 23:12, 26:12
**participate** [1] - 26:11
**parties** [2] - 3:7, 38:15
**Party** [11] - 7:12, 7:14, 7:17, 8:24, 12:2, 12:13, 21:21, 24:11, 25:2, 26:5, 35:15

**party** [6] - 10:4, 12:13, 15:6, 24:17, 25:10, 26:13
**Party's** [1] - 25:7
**passed** [1] - 15:23
**passing** [2] - 16:7, 35:8
**past** [2] - 7:18, 33:23
**Patrol** [3] - 31:11, 32:3, 34:20
**peg** [12] - 8:19, 11:5, 12:9, 19:1, 19:7, 28:19, 28:21, 28:23, 29:2, 31:6, 34:6, 34:8
**Peg** [7] - 5:12, 6:7, 6:18, 8:18, 12:8, 13:3, 17:7
**Pembroke** [4] - 28:13, 29:12, 30:7, 34:19
**pending** [2] - 30:19, 32:8
**people** [5] - 8:24, 13:6, 24:19, 25:1, 25:14
**percent** [1] - 20:9
**person** [3] - 23:19, 23:23, 31:24
**personally** [1] - 6:24
**persuade** [2] - 33:21, 33:24
**photo** [1] - 13:24
**photoed** [1] - 19:15
**photographs** [1] - 12:14
**photos** [1] - 14:1
**picture** [9] - 14:23, 16:19, 20:8, 20:13, 20:18, 21:12, 22:1, 22:7, 23:17
**pictures** [7] - 12:21, 13:6, 13:8, 14:11, 15:12, 17:5, 17:14
**place** [5] - 9:14, 9:18, 14:6, 29:12, 38:13
**Place** [2] - 1:14, 2:8
**plaintiff** [1] - 12:14
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:2
**Plaintiff's** [1] - 4:4
**pled** [1] - 32:11
**point** [1] - 10:4
**polling** [1] - 27:14
**position** [2] - 29:19, 33:22
**posted** [1] - 17:22
**posting** [1] - 16:19
**presence** [3] - 3:14, 37:18, 38:9
**present** [5] - 10:1,

11:3, 11:16, 14:23, 21:10
**PRESENT** [1] - 2:10
**pretty** [2] - 7:3, 20:8
**primary** [1] - 33:23
**printing** [1] - 13:19
**problems** [2] - 27:15, 27:16
**Procedure** [1] - 3:9
**Professional** [1] - 38:22
**pronounced** [1] - 5:8
**proof** [1] - 3:14
**property** [2] - 33:12, 33:14
**prosecuting** [1] - 30:18
**provided** [3] - 12:23, 14:1, 18:3
**Public** [3] - 37:16, 38:4, 38:21
**public** [2] - 12:14, 34:21
**PUBLIC** [1] - 37:19
**purpose** [1] - 10:5
**pursuant** [1] - 3:10
**put** [3] - 24:22, 24:24, 26:15

## Q

**qualification** [1] - 3:15
**qualified** [1] - 38:5
**questioned** [1] - 35:15
**questions** [3] - 5:20, 5:21, 35:20
**quit** [1] - 33:7

## R

**ran** [1] - 34:1
**randomly** [1] - 32:1
**Randy** [5] - 15:4, 16:3, 20:8, 20:11, 20:18
**read** [5] - 36:4, 36:6, 36:7, 37:6, 37:17
**reading** [1] - 37:15
**really** [1] - 9:3
**reason** [5] - 13:5, 17:13, 26:21, 29:2, 35:1
**reasons** [1] - 26:9
**recently** [1] - 32:9
**Recess** [1] - 34:17
**records** [1] - 34:21
**red** [2] - 22:24, 23:10
**reduced** [1] - 3:12
**referred** [1] - 13:17
**refusal** [1] - 26:6
**refuses** [1] - 26:11

regarding [5] - 8:10, 10:10, 12:11, 12:17, 15:13
Registered [2] - 38:22, 38:23
relationship [2] - 8:12, 10:19
relative [1] - 38:14
relevant [5] - 18:6, 18:7, 18:21, 32:21, 33:9
remarks [2] - 10:22, 11:2
remember [5] - 10:9, 18:20, 21:18, 22:18, 27:6
reporter [1] - 5:16
Reporter [2] - 38:22, 38:23
represent [1] - 19:18
reproductive [1] - 15:22
Republican [9] - 8:12, 9:13, 10:19, 11:5, 15:5, 15:6, 19:6, 26:7, 35:9
Republicans [3] - 35:4, 35:5, 35:6
request [2] - 12:11, 12:17, 13:2
requests [2] - 17:17, 17:20
resolved [1] - 32:9
respective [1] - 3:7
responses [1] - 5:17
rest [1] - 11:18
review [1] - 36:2
rights [1] - 15:22
Road [1] - 2:4
Rob [19] - 9:6, 12:21, 13:9, 15:11, 15:14, 16:12, 17:15, 18:7, 19:1, 19:3, 20:20, 21:5, 21:23, 22:11, 22:15, 22:19, 26:18, 26:21, 29:3
Rob's [2] - 11:4, 33:9
Robert [2] - 1:5, 2:11
rocks [4] - 31:13, 31:14, 31:20, 32:4
rolled [2] - 21:15, 21:16
romantic [2] - 8:12, 10:18
rover [1] - 27:13
Rules [1] - 3:9
run [3] - 33:21, 34:6, 34:9

## S

Sapponaro [1] - 11:19
SAPPONARO [1] - 11:19
Sapponaro's [1] - 11:21
sarcastically [1] - 29:5
saw [4] - 12:20, 15:11, 20:7, 23:9
school [1] - 28:15
screenshot [4] - 13:24, 16:23, 19:17, 20:23
Screenshot [2] - 4:6, 4:7
screenshots [1] - 18:17
Screenshots [1] - 4:9
seal [1] - 38:18
seasonal [3] - 27:4, 27:7, 27:12
second [4] - 15:13, 15:15, 20:21, 34:14
secretary [1] - 11:20
see [16] - 8:7, 8:9, 10:16, 12:10, 15:9, 15:14, 17:13, 20:7, 20:21, 20:22, 23:7, 23:17, 24:14, 29:11, 32:21, 33:9
send [2] - 17:20, 22:9
sent [3] - 17:2, 17:16, 20:15
sentence [2] - 8:9, 12:10
September [10] - 9:22, 9:23, 15:8, 15:13, 19:23, 19:24, 20:6, 20:19, 20:20, 28:11
served [1] - 7:9
Session [1] - 3:1
set [2] - 33:18, 38:17
settle [1] - 31:20
shirt [8] - 14:19, 21:13, 21:14, 22:11, 22:19, 22:22, 23:7, 23:10
shirts [1] - 23:1
showed [1] - 27:8
signature [1] - 35:24
signed [1] - 37:17
signing [1] - 37:15
similar [1] - 23:7
situation [1] - 6:20
sleeves [2] - 21:15, 21:16
small [1] - 7:3
someone [2] - 20:3, 33:21

sounds [1] - 33:1
SOUTHERN [1] - 1:2
special [2] - 27:18, 27:22
specifically [5] - 11:8, 13:5, 13:8, 17:14, 23:2
specified [1] - 38:13
spell [1] - 9:16
SS [2] - 37:3, 38:2
Stankunas [5] - 2:7, 5:5, 5:11, 8:3, 34:18
sTANKUNAS [1] - 7:24
STANKUNAS [4] - 34:13, 35:19, 35:23, 36:8
started [2] - 27:4, 27:13
State [4] - 37:3, 38:2, 38:5, 38:22
statement [1] - 29:8
statements [2] - 8:11, 10:17
STATES [1] - 1:1
stenotypy [2] - 3:12, 38:9
still [3] - 10:14, 14:3, 14:5
stipulated [1] - 3:6
stipulations [1] - 3:11
stood [1] - 16:6
stuff [5] - 10:23, 18:20, 19:1, 28:5
submit [1] - 12:13
submitted [2] - 25:20, 37:14
subpoena [1] - 7:8
substance [1] - 37:9
sued [2] - 33:11, 33:14
Suite [3] - 1:14, 2:4, 2:8
sunglasses [1] - 22:4
Supplemental [1] - 4:4
support [1] - 34:7
supporting [2] - 34:23, 35:6
supposed [1] - 26:13
sworn [2] - 5:2, 38:7

## T

T-shirt [2] - 21:14, 22:22
Tarrier [1] - 15:4
Tarrier's [4] - 16:4, 20:8, 20:11, 20:18
technical [1] - 27:15
tent [1] - 20:3

terminated [8] - 9:7, 9:10, 11:14, 26:17, 26:19, 29:1, 29:18, 29:22
terminating [1] - 19:7
testify [1] - 38:7
testimony [2] - 38:8, 38:12
Text [3] - 4:6, 4:7, 4:9
text [17] - 12:23, 13:17, 14:3, 16:16, 17:8, 18:3, 18:11, 18:14, 18:17, 19:14, 19:18, 19:21, 20:17, 20:22, 22:17, 23:12, 36:2
texted [1] - 15:18
texts [2] - 17:11, 17:12
THE [5] - 1:1, 2:2, 2:6, 34:16, 36:6
thereabouts [1] - 9:23
thereafter [1] - 3:13
third [2] - 8:6, 16:13
three [1] - 6:10
threw [1] - 32:4
throwing [2] - 31:13, 31:14
Thursday [1] - 11:9
tips [1] - 34:9
title [1] - 27:5
TO [1] - 4:1
today [1] - 5:13
together [8] - 12:21, 13:6, 13:9, 14:13, 15:3, 15:12, 17:6, 37:7
took [4] - 9:18, 14:23, 20:13, 29:8
totally [1] - 26:14
transcribed [3] - 3:13, 36:3, 38:10
transcript [4] - 36:2, 37:6, 37:13, 38:11
tried [1] - 23:2
true [6] - 9:9, 9:11, 19:6, 35:16, 37:9, 38:11
truth [1] - 38:7
try [4] - 10:22, 22:14, 33:21, 33:24
trying [1] - 15:23
turn [1] - 8:6
turning [1] - 20:21
turns [1] - 26:10
Two [1] - 1:14, 2:8
two [2] - 6:10, 17:4
typing [1] - 5:16

## U

unauthorized [1] - 32:18
under [4] - 3:8, 19:15, 20:22, 36:1
undersigned [1] - 37:16
UNITED [1] - 1:1
unrelated [1] - 28:17
up [3] - 21:15, 21:16, 27:8
utter [1] - 26:6

## V

Vance [1] - 34:23
Vance's [1] - 23:4
version [2] - 19:15, 20:22
victim [3] - 31:19, 31:22
volunteers [1] - 26:10
voted [1] - 30:15
voting [3] - 16:7, 27:15, 28:5
vs [1] - 1:7

## W

waive [1] - 36:3
waived [1] - 3:15
walk [1] - 26:2
walking [1] - 15:3
Walters [4] - 24:8, 24:10, 25:21, 33:19
wants [1] - 34:6
warehouse [1] - 28:3
Watkins [21] - 5:12, 6:7, 8:18, 10:10, 11:17, 12:4, 12:8, 12:12, 13:3, 17:7, 17:12, 17:17, 17:19, 23:11, 25:24, 29:21, 30:4, 30:8, 33:18, 33:22, 35:17
Watkins' [2] - 8:11, 10:17
wearing [3] - 22:19, 23:7, 23:9
week [1] - 32:14
weeks [1] - 17:4
weird [1] - 13:8
Westlake [1] - 2:5
Whaley [1] - 2:7
WHEREOF [1] - 38:17
white [1] - 13:19
whole [1] - 38:7
wife [4] - 16:4, 20:9, 20:11, 20:18

**Wiles** [2] - 1:14, 2:8
**Willman** [2] - 38:4, 38:21
**win** [1] - 10:13
**WITNESS** [3] - 34:16, 36:6, 38:17
**witness** [5] - 3:14, 32:23, 37:15, 38:9, 38:12
**woman** [3] - 6:15, 6:23, 23:20
**words** [1] - 25:23
**works** [2] - 21:22, 34:5
**worthy** [1] - 9:8
**write** [3] - 18:22, 21:6, 22:12
**writing** [1] - 3:12
**wrote** [5] - 20:2, 20:4, 21:8, 22:11, 22:14

## Y

**year** [2] - 6:4
**years** [2] - 6:11, 7:19
**yourself** [1] - 32:23