IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROBERT KATULA,** | Case No. 2:23-cv-2199 |
| Plaintiff, | JUDGE EDMUND SARGUS |
| v. | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| **DELAWARE COUNTY BOARD OF ELECTIONS, ET AL.,** | |
| Defendants. | **PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff Robert Katula hereby supplements his initial disclosures. By making these supplemental disclosures, Plaintiff does not waive his right to object to the production of any information, document, or tangible thing on the basis of a privilege, the work product doctrine, relevancy, undue burden, or any other objection, or his right to object to the introduction into evidence of any information, document, or tangible thing. Plaintiff will not disclose any documents or information that are protected by the attorney-client privilege, the work product doctrine, or any other privilege available to Plaintiff. Any inadvertent disclosure of privileged documents or information shall not be deemed a waiver of the privileges associated with such documents or information.

The following disclosures are made based upon the information reasonably available to Plaintiff as of the date that the disclosures are served. Plaintiff does not represent that he is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Rather, Plaintiff's disclosures represent a good faith effort to identify information and documents he reasonably believes may be used to support his claims, as required by Federal Rule of Civil Procedure 26(a)(1). Plaintiff's disclosures are made without prejudice to his right to rely on



EXHIBIT A

evidence subsequently discovered or to alter his initial disclosures, if necessary. Plaintiff reserves the right to offer into evidence documents and written testimony that are not currently included in this disclosure but which, after further discovery, may be deemed relevant in support of his claims in this lawsuit.

    A.    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

In his initial disclosures, Plaintiff identified the following:

1. Plaintiff Robert Katula – Plaintiff has information regarding the allegations in this lawsuit. He can be contacted through counsel.
2. Peg Watkins – Current Board Member, Ms. Watkins may have discoverable information regarding the allegations in the pleadings, Plaintiff's performance, and Plaintiff's termination.
3. Karla Herron – Current director, Ms. Herron may have discoverable information regarding the allegations in the pleadings, Plaintiff's performance, and Plaintiff's termination.
4. Ed Helvey – Current Board Chair, Mr. Helvey may have discoverable information regarding the allegations in the pleadings, Plaintiff's performance, and Plaintiff's termination.
5. Steve Cuckler – Current Board Member, Mr. Cuckler may have discoverable information regarding the allegations in the pleadings.
6. Tom Foos – Current Board Member, Mr. Foos may have discoverable information regarding the allegations in the pleadings.
7. All individuals identified in Defendants' Initial Disclosures or otherwise throughout the course of discovery.

Plaintiff supplements his disclosure to identify the following persons.

8. Greg Bean-Deflumer – 1300 Hills Miller Road, Delaware, OH 43015, 614-623-2343. Mr. Bean-Deflumer has information regarding Defendant Watkins' statements of disapproval that Mr. Katula was in a romantic relationship with a Republican, namely, Janine Baker. He also has information regarding a request from Defendant Watkins, in her capacity as the Chair of Delaware County Democratic Party, that party members take and submit photographs of Plaintiff Katula appearing in public with Janine Baker.

9. Holly Hanson – 7661 Lydia Dr., Lewis Center 43035. Ms. Hanson has information regarding Defendant Watkins' statements of disapproval that Mr. Katula was in a romantic relationship with a Republican. She also has information regarding a request from Defendant Peg Watkins, in her capacity as the Chair of Delaware County Democratic Party, to take photographs of Plaintiff Katula appearing in public with Janine Baker.

B. **CONCLUSION**

Plaintiff makes the foregoing supplemental disclosures based on the information currently available and he expressly reserves the right to amend or supplement those responses if, as, or when additional information and/or documents are obtained.

Respectfully Submitted,

*/s/ Christopher J. Lalak*
Christopher J. Lalak (0090079)
1991 Crocker Rd.
Suite 600-748
Westlake, OH 44145
Telephone: (440) 892-3380
Facsimile: (440) 892-3396
E-mail: clalak@employmentlawohio.com

*Counsel for Robert Katula*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, a copy of the foregoing was sent via electronic mail to counsel for Defendant.

*/s/Christopher J. Lalak*
Christopher J. Lalak (0090079)
*Counsel for Plaintiff Robert Katula*