11:07

**242**

Holly ›

Fri, Aug 4 at 6:41 PM

Are you at first Friday?

Please take a pic of them

Rob said he had a new shirt

I'll try to get one of Rob

Thanks

And take some pics of our tent and our helpers! I'll post them

Thank you

I hope he doesn't have a Vote Yes shirt on like her

He doesn't. It says something like "freedom of speech is..."

Ok that's good

Sat, Aug 5 at 10:16 AM

4 Photos

iMessage



KATULA000019



< 241                   Holly >

Fri, Sep 1 at 7:40 PM

Janine came over to our tent and every time I tried to hand someone the actual amendment (the legal one) she pushed in front of me and said it's all democrat lies, and forced them to take her bullshit flyers. RIGHT in front of the dem tent. At first, I said "these are republicans, they're just here to cause trouble," and most people shook their heads and made Janine take her flyers back. But she kept doing it so I called the officers over, explained the whole thing, they went and talked to Janine, then they called the FF coordinator. She came over and asked what happened, the cops told her what Janine said, and the coordinator (who knows me) said "yeah, the dems are not lying this is their booth." The coordinator said she wants Janine to go back to the Republican booth, so the cops made her leave. That was that.

She's getting super bold! Was Rob with her? 😆

No, I'm pretty sure Randy Tarrier's wife was, but not 100% sure

Pathetic and Desperate

KATULA000020



KATULA000021