



KATULA000022