



Greg left out the pictures that he took on his own. One before his Sept 1 text and one after. He explained that Randy Tarrier's wife was there with Janine, not Rob. And I called the Republicans' actions Pathetic and Desperate. Not Rob and Janine, as he was not even there.



EXHIBIT D

Greg's version
Case: 2:23-cv-02199-EAS-KAJ Doc #: 27-4 Filed: 06/27/24 Page: 2 of 2 PAGEID #: 601
Greg's version




Greg deleted his text telling me that Rob and Janine were hassling our volunteer and that's what I wanted him to take a pic of. You can see the pic he took of Janine with our volunteer Brian (blue shirt.)