---------- Forwarded message ---------
From: **Liz Walters** <lwalters@ohiodems.org>
Date: Tue, Mar 5, 2024 at 10:00 AM
Subject: Fwd: Complaint against Peg Watkins, Chair of the Delaware County Democratic Party
To: Peg Watkins <ploiskent@gmail.com>



---------- Forwarded message ---------
From: **Greg Bean-DeFlumer** <gtbdf1@gmail.com>
Date: Mon, Mar 4, 2024 at 9:41 PM
Subject: Re: Complaint against Peg Watkins, Chair of the Delaware County Democratic Party
To: Liz Walters <lwalters@ohiodems.org>
Cc: Amy Grubbe <amygrubbe@yahoo.com>, Andre Washington <awashington@ohiodems.org>, Bill DeMora <billdemora@gmail.com>, Luke Feeney <feeney.luke@gmail.com>, Matthew Keyes <mkeyes@ohiodems.org>, <avashchenko@ohiodems.org>, <janetcarson2020@gmail.com>, <mlee@ohiodems.org>


Dear Chair Walters:

I appreciate your response and the time taken to consider my concerns regarding Chairwoman Peg Watkins. However, I must express my disappointment with the conclusion drawn from your review. The issues I raised are of serious concern, not only to myself but to others within the Delaware County Democratic Party, and I believe they warrant a more thorough examination.

I am disheartened to learn that my complaints have been dismissed without what I perceive as a full and fair investigation. It is important to note that the grievances I've outlined are not isolated incidents but part of a pattern that has been increasingly troubling to many within the party. Each day, more individuals come forward with similar experiences of feeling marginalized and excluded, which contradicts our party's values of inclusivity and openness.


EXHIBIT

E

1

I also must categorically deny the accusation that I have been involved in creating fake Delaware Democrats social media accounts. This assertion is not only unfounded but deeply harmful.

**Such allegations are defamatory and slanderous, and it is disconcerting to see them perpetuated without evidence. I take these accusations very seriously and expect that any further dissemination of these false claims will cease immediately.**

Given the gravity of the situation and the potential implications for the integrity and unity of our party, I intend to pursue further action as advised. I will consult the OH Dems Constitution and Bylaws to understand the formal process for initiating a review by the State Party. My commitment to ensuring a fair, transparent, and inclusive environment within the Delaware County Democratic Party remains steadfast, and I am prepared to take the necessary steps to achieve this goal.

I trust that the Ohio Democratic Party shares these values and will support efforts to address and resolve any issues that undermine them. Thank you for your attention to this matter, and I look forward to a resolution that reaffirms our collective commitment to the principles upon which our party is built.

Sincerely,

Greg Bean-DeFlumer

Communications Director

Delaware County Young Democrats


On Mon, Mar 4, 2024 at 9:23 PM Liz Walters <lwalters@ohiodems.org> wrote:
> Mr. Bean DeFlumer,
>
> For your awareness, I am replying to this email and including the OH Dems Vice Chair Andre Washington, Secretary Luke Feeney, ODCCA Treasurer Amy Grubbe, and a few OH Dems staff.
>
> I have reviewed your initial complaint against Chairwoman Peg Watkins from October, and the subsequent recent email. While the email is lengthy, there is nothing that rises to the level of a formal review or investigation. Should you wish to pursue this matter further, I encourage you to consult the OH Dems Constitution and Bylaws available on our website. The bylaws lay out clearly, the grounds and process for initiating a review by the State Party.
>
> After having consulted with leaders in Delaware County, I find your accounts of Chairwoman Peg Watkins to be unusual. She has proven to be a strong and inclusive leader in her work to build the Delaware Dems into one of our state's highest functioning county operations. While every County Party has its tensions and interpersonal conflicts, your accounts of Chairwoman Watkins do not align with my experience with her, or the overwhelming majority of those in the Delaware County community. I am grateful for her leadership and hope she continues to serve in her capacity as Chair for many years to come.

It has come to my attention that, in addition to being removed from the ODP volunteer Slack Channel for disruptive behavior, you have also been starting fake Delaware Dems social media accounts. So long as this continues, our communications are at an end with this email.

Chair Walters

On Sat, Mar 2, 2024 at 4:01 PM Greg Bean-DeFlumer <gtbdf1@gmail.com> wrote:
Dear Chair Walters,

I hope this message finds you well. I am writing to follow up on my email dated October 6, 2024, concerning serious allegations against Ms. Peg Watkins, the Chair of the Delaware County Democratic Party. In your response, you mentioned that a more detailed reply would be provided following the November election. It has now been over five months since your brief acknowledgment, and I am yet to receive the promised in-depth response.

I understand that the Ohio Democratic Party (ODP) has numerous responsibilities, especially surrounding the election period, which may result in delays. However, the nature of the issues I raised demands urgent attention and cannot be sidelined indefinitely. The concerns outlined in my initial complaint are not just personal grievances; they represent a potential threat to the integrity, inclusivity, and effectiveness of our party at the county level. The allegations against Ms. Watkins—including her refusal to engage with party members, misuse of influence, and attempts to stifle democratic participation—go against the core values of the Democratic Party.

The lack of a timely and comprehensive response to such serious accusations is disheartening and, frankly, unacceptable. It sends a concerning message about the party's commitment to transparency, accountability, and the welfare of its members. This silence undermines the trust and confidence that party members place in their leadership to address and rectify internal issues promptly and fairly.

I must express my profound disappointment at the apparent disregard for the urgency and severity of this matter. The issues at hand not only affect the individuals directly involved but also have broader implications for the party's reputation and its ability to attract and retain volunteers and members—especially younger members who are essential for our future growth and success.

I am, therefore, respectfully insisting on a comprehensive investigation into the conduct of Ms. Peg Watkins and a formal reply to my initial complaint. It is imperative that the ODP and the Ohio Democratic County Chairs Association (ODCCA) take decisive action to uphold the principles of fairness, inclusivity, and transparency that are supposed to define our party. The failure to address and resolve these issues not only jeopardizes our collective efforts but also diminishes our moral standing and effectiveness in advocating for democratic values in the broader political landscape.

Please understand that my persistence on this issue is driven by a genuine concern for the well-being and future of our party. I am fully prepared to provide further evidence and testimony, as well as to mobilize support from other party members who have had similar experiences or concerns regarding Ms. Watkins' conduct.

I trust that the ODP and ODCCA will not let this matter go unaddressed any longer and that I will receive a detailed response and action plan shortly. The resolution of this issue is critical for the unity and strength of our party, and I am committed to seeing it through to a satisfactory conclusion.

Thank you for your attention to this urgent matter. I await your prompt and detailed response.

Democratically Yours,

Gregory Bean-DeFlumer
Communications Director
Delaware County Young Democrats



--
Liz Walters
Chair
Ohio Democratic Party



--
Liz Walters
Chair
Ohio Democratic Party