

---------- Forwarded message ---------
From: **Liz Walters** <lwalters@ohiodems.org>
Date: Fri, Apr 5, 2024 at 11:40 AM
Subject: Fwd: Complaint against Peg Watkins, Chair of the Delaware County Democratic Party
To: Peg Watkins <ploiskent@gmail.com>



---------- Forwarded message ---------
From: **Greg Bean-DeFlumer** <gtbdf1@gmail.com>
Date: Fri, Oct 6, 2023 at 7:11 PM
Subject: Complaint against Peg Watkins, Chair of the Delaware County Democratic Party
To: <avashchenko@ohiodems.org>, <info@ohiodems.org>, <lwalters@ohiodems.org>, <bwesley@ohiodems.org>, <janetcarson2020@gmail.com>


Greg Bean-DeFlumer
1300 Hills Miller Rd.
Delaware, OH 43015
gtbdf1@gmail.com
614.623.2343
10/02/2023

Ohio Democratic Party
Ohio Democratic County Chairs Association

Subject: Complaint against Peg Watkins, Chair of the Delaware County Democratic Party

Dear ODP, ODCCA, Ms. Carson, and Ms. Wesley,

I am writing to express my deep concern and disappointment regarding the actions and behavior of Peg Watkins, who currently holds the position of Chair of the Delaware County Democratic Party. As a

1

dedicated member of the Democratic Party, I believe it is my duty to bring to your attention a series of troubling incidents involving Ms. Watkins during her tenure as Chair.

Ms. Watkins' Refusal to Allow New Volunteers: One of the fundamental principles of our party is inclusivity and engagement of volunteers. It has come to my attention that Ms. Watkins has repeatedly refused to allow new volunteers to help or get involved in party activities. This not only contradicts the democratic values we hold dear but also stifles the growth and vitality of the party. New volunteers are frequently told they are not needed, because the responsibilities they are volunteering for are already handled. One direct quote – "I understand your desire to participate – it isn't necessary."

Handling of Disagreements: I had a disagreement with a local candidate for school board. The disagreement was not serious and did not involve the Party at all. Ms. Watkins intervened in an inappropriate manner. She refused to listen to my perspective on the issue, and instead of resolving the matter fairly, she removed me from the Communications Committee, the First Friday committee, and attempted to prevent me from attending public meetings. When I requested a meeting or discussion with Ms. Watkins to address the issue and clarify any misunderstandings, she consistently refused to meet with me. She went to the extent of removing my access to the party's Facebook group and Facebook page, further isolating me from the party's activities. Ms. Watkins is also reported to have told other party members to exclude both me and my spouse, creating an atmosphere of division within the party that is detrimental to our collective goals. My wife and I have been approached by many other party members telling us Ms. Watkins is attempting to exclude us.

Misuse of Influence at the Delaware County Board of Elections: The most alarming incident involved Ms. Watkins using her influence at the Delaware County Board of Elections to get me fired from my job there. This action was taken purely based on a personal disagreement, and Ms. Watkins again refused to engage in a constructive discussion to resolve the matter.

Furthermore, it is of utmost importance to emphasize that Ms. Watkins has explicitly conveyed to me that I am prohibited from communicating with the State Party without obtaining her prior approval. Her concerted efforts to dissuade my active participation in the State Party's public Slack channel constitute a severe infringement on my right to freely interact with fellow Democrats, express my concerns, and contribute my ideas without impediment. These actions not only impede my fundamental right to engage with the broader Democratic community but also gravely undermine the very principles of democratic openness and discourse upon which our party's foundation firmly rests.

This is not the first instance of Ms. Watkins displaying a pattern of discouraging open communication. In a prior incident, her actions led to legal consequences, as she and the Delaware County Board of Elections were sued by Robert Katula in Federal Court; the case, 2:23-cv-02199, is still ongoing. It is disheartening to see a repeat of such behavior, which not only tarnishes the reputation of the Democratic Party but also puts the party and its members at legal risk. It is imperative that we address these ongoing issues promptly to prevent further harm to our party's reputation and integrity.

These actions by Ms. Watkins not only undermine the principles and values of the Democratic Party but also create an environment of hostility and exclusion that is detrimental to the party's overall mission. The Democratic Party cannot survive, and certainly will not flourish without encouraging new people – especially young people – to get involved. Democrats can and will disagree, but these disagreements must be handled with open discussion rather than exclusivity. It is my hope that you will take these concerns seriously and investigate the matter thoroughly.

2

I kindly request that the Ohio Democratic Party and the Ohio Democratic County Chairs Association initiate a formal inquiry into the conduct of Peg Watkins as Chair of the Delaware County Democratic Party and take appropriate action to address these issues. It is crucial that we uphold the principles of inclusivity, fairness, and transparency that are at the core of our party's identity.

If necessary, I can provide a list of many people who can either corroborate everything, or who have very similar experiences with Ms. Watkins. Thank you for your attention to this matter. I trust that ODP and ODCCA will take the necessary steps to address these grievances promptly and impartially.

Democratically Yours,

Greg Bean-DeFlumer



--
Liz Walters
Chair
Ohio Democratic Party

Greg Bean-DeFlumer
1300 Hills Miller Rd.
Delaware, OH 43015
gtbdf1@gmail.com
614.623.2343
10/02/2023


Ohio Democratic Party
Ohio Democratic County Chairs Association

Subject: Complaint against Peg Watkins, Chair of the Delaware County Democratic Party


Dear ODP, ODCCA, Ms. Carson, and Ms. Wesley,


I am writing to express my deep concern and disappointment regarding the actions and behavior of Peg Watkins, who currently holds the position of Chair of the Delaware County Democratic Party. As a dedicated member of the Democratic Party, I believe it is my duty to bring to your attention a series of troubling incidents involving Ms. Watkins during her tenure as Chair.

Ms. Watkins' Refusal to Allow New Volunteers: One of the fundamental principles of our party is inclusivity and engagement of volunteers. It has come to my attention that Ms. Watkins has repeatedly refused to allow new volunteers to help or get involved in party activities. This not only contradicts the democratic values we hold dear but also stifles the growth and vitality of the party. New volunteers are frequently told they are not needed, because the responsibilities they are volunteering for are already handled. One direct quote – "I understand your desire to participate – it isn't necessary."

Handling of Disagreements: I had a disagreement with a local candidate for school board. The disagreement was not serious and did not involve the Party at all. Ms. Watkins intervened in an inappropriate manner. She refused to listen to my perspective on the issue, and instead of resolving the matter fairly, she removed me from the Communications Committee, the First Friday committee, and attempted to prevent me from attending public meetings. When I requested a meeting or discussion with Ms. Watkins to address the issue and clarify any misunderstandings, she consistently refused to meet with me. She went to the extent of removing my access to the party's Facebook group and Facebook page, further isolating me from the party's activities. Ms. Watkins is also reported to have told other party members to exclude both me and my spouse, creating an atmosphere of division within the party that is detrimental to our collective goals. My wife and I have been approached by many other party members telling us Ms. Watkins is attempting to exclude us.

Misuse of Influence at the Delaware County Board of Elections: The most alarming incident involved Ms. Watkins using her influence at the Delaware County Board of Elections to get me fired from my job there. This action was taken purely based on a personal disagreement, and Ms. Watkins again refused to engage in a constructive discussion to resolve the matter.

Furthermore, it is of utmost importance to emphasize that Ms. Watkins has explicitly conveyed to me that I am prohibited from communicating with the State Party without obtaining her prior approval. Her concerted efforts to dissuade my active participation in the State Party's public Slack channel constitute a severe infringement on my right to freely interact with fellow Democrats, express my concerns, and contribute my ideas without impediment. These actions not only impede my fundamental right to engage with the broader Democratic community but also gravely undermine the very principles of democratic openness and discourse upon which our party's foundation firmly rests.

This is not the first instance of Ms. Watkins displaying a pattern of discouraging open communication. In a prior incident, her actions led to legal consequences, as she and the Delaware County Board of Elections were sued by Robert Katula in Federal Court; the case, 2:23-cv-02199, is still ongoing. It is disheartening to see a repeat of such behavior, which not only tarnishes the reputation of the Democratic Party but also puts the party and its members at legal risk. It is imperative that we address these ongoing issues promptly to prevent further harm to our party's reputation and integrity.

These actions by Ms. Watkins not only undermine the principles and values of the Democratic Party but also create an environment of hostility and exclusion that is detrimental to the party's overall mission. The Democratic Party cannot survive, and certainly will not flourish without encouraging new people – especially younger people – to get involved. Democrats can and will disagree, but these disagreements must be handled with open discussion rather than exclusivity. It is my hope that you will take these concerns seriously and investigate the matter thoroughly.

I kindly request that the Ohio Democratic Party and the Ohio Democratic County Chairs Association initiate a formal inquiry into the conduct of Peg Watkins as Chair of the Delaware County Democratic Party and take appropriate action to address these issues. It is crucial that we uphold the principles of inclusivity, fairness, and transparency that are at the core of our party's identity.

If necessary, I can provide a list of many people who can either corroborate everything, or who have very similar experiences with Ms. Watkins. Thank you for your attention to this matter. I trust that ODP and ODCCA will take the necessary steps to address these grievances promptly and impartially.

Democratically Yours,


Greg Bean-DeFlumer